# **EXHIBIT A**

Evidence of Use Chart for U.S. Patent No. 7,209,876

# US Pat. No. 7,209,876 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---|---|
| 1. A method for producing answers to a question or query issued to an information repository containing natural language data, executable in a computer system, comprising the steps of: | Defendant Schneider Electric ("Schneider" or "Defendant") manufactures, uses (including through testing), sells, and/or offers for sale, and instructs end users to use EcoStruxure Resource Advisor Copilot within the EcoStruxure Resource Advisor platform (the "Accused Product"), which is a cloud-based platform that centralizes enterprise energy and sustainability data in a single source and enables users to interact with a large amount of data. <br><br> Within EcoStruxure Resource Advisor, users access the platform and utilize Copilot, a conversational AI tool and digital companion embedded inside Resource Advisor, which leverages Large Language Model technology to allow users to ask questions using natural language and retrieve data. The platform aggregates and stores sustainability, energy, and ESG information, thereby functioning as an information repository, and Copilot enables users to interact with their enterprise energy and sustainability data without manual navigation. For example, users can input queries such as "What were the emissions for Springfield, MI in 2022?" and Copilot returns direct responses such as emissions values in metric tons of $CO_2e$, demonstrating that the system produces answers to a question issued to an information repository containing natural language data. <br><br> **EcoStruxure Resource Advisor** <br> Aggregate all cross-enterprise, energy and sustainability information in a single, cloud-based platform. Transform your data into actionable insights that will lead to real business operations. <br><br> **Your single source for energy and sustainability data** <br> EcoStruxure™ Resource Advisor is a solution to manage your energy and sustainability footprint. This platform enables companies to collect, analyze and automate information that matters for your sustainability goals. Resource Advisor centralizes those data in one place so that AI and human expertise can take advantage of those numbers. Leverage digital innovation for energy and resource management to inform business decisions and accelerate results. <br><br> Source : https://www.se.com/us/en/work/services/se-advisory-services/intelligent-software/resource-advisor/ |

# US Pat. No. 7,209,876 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---|---|
| | Enables companies to collect & analyze sustainability related information in one place<br>Schneider Electric was recognized as the 2022 Microsoft Energy & Sustainability Partner of the Year<br><br>EcoStruxure™ Resource Advisor, a solution from Schneider Electric, is a secure, cloud-based software platform that allows you to see, measure, and manage energy and sustainability initiatives across your entire enterprise.<br><br>This can be a major undertaking, but more than any other software, Resource Advisor makes it easier. It helps your data work for you:<br><br>• Resource insight<br><br>Analyze data from more than 400 streams across your enterprise and capture resource data on supply, demand, and sustainability in a centralized location to create a single, accurate, and verified data repository.<br><br>Source : https://marketplace.microsoft.com/en-in/product/saas/869296.ecostruxure_resource_advisor<br><br>Building Sustainability's Digital Future with EcoStruxure™ Resource Advisor Copilot: Schneider Electric's Latest AI Advancement |

2

# US Pat. No. 7,209,876 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---|---|
|  | • *Conversational AI tool developed by Schneider Electric is the latest innovation to EcoStruxure Resource Advisor*<br>• *Will deliver efficiency gains and new ways of interacting with complex enterprise data*<br><br>**Boston, MA, August 29th, 2023** – Schneider Electric, the leader in the digital transformation of energy management, automation, and sustainability, today announced its plans to launch **EcoStruxure Resource Advisor Copilot**, a conversational AI tool designed to help business leaders interact with their enterprise energy and sustainability data at even greater speed.<br><br>Using Large Language Model technology, Schneider Electric has securely built Copilot as a convenient digital companion embedded inside Resource Advisor. Copilot will equip energy and sustainability teams with enhanced data analysis, visualization, decision support, and performance optimization, and the ability to seamlessly process intricate industry knowledge and Resource Advisor system information. A private beta is launching over the next month, and general availability of the solution will occur in late 2023 / early 2024.<br><br>Source : https://www.se.com/us/en/about-us/newsroom/news/press-releases/building-sustainability%E2%80%99s-digital-future-with-ecostruxure%E2%84%A2-resource-advisor-copilot-schneider-electric%E2%80%99s-latest-ai-advancement-64ed42111872d65cd80bba2a/ |

3

# US Pat. No. 7,209,876 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---------|----------------------------------------------------------|
| |  Source : https://enertic.org/wp-content/uploads/2024/12/PDF-Schneider-Electric.pdf  Page 20 of 24 <br><br> Source : https://www.youtube.com/watch?v=K8qzqobQlpE Time 0 :25 min & 0 :29 min of 1 :05 min |

4

# US Pat. No. 7,209,876 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---|---|
| | **Additional accused products include Schneider Electric's Resource Advisor, Copilot Finance Advisor, Knowledge Bot, and Conversational Search**. These products operate as computer-implemented systems that process and transform centrally aggregated data into actionable insights, and generate responsive outputs based on user queries through analytics and conversational interfaces.<br><br>Schneider Electric drives Generative AI productivity and sustainability solutions by integrating Microsoft Azure OpenAI<br><br>Schneider Electric, the leader in the digital transformation of energy management and automation, is harnessing the capabilities of Generative artificial intelligence (GenAI) to empower customers and transform its internal operations.<br><br>Building on the foundations of a long-standing collaboration with Microsoft, Schneider Electric is integrating Microsoft Azure OpenAI to develop solutions that leverage algorithms to generate text, code, and other types of content. This has empowered Schneider Electric to reimagine its approach to various operational processes, streamlining time-consuming tasks, optimizing resource allocation, and gaining speed and efficiency. At the same time the Group continues to apply GenAI to advance innovation in its offer portfolio. |

5

# US Pat. No. 7,209,876 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---|---|
| | The key highlights of Schneider Electric's use of GenAI include:<br><br>• **Resource Advisor Copilot** - using Large Language Model technology through Microsoft Azure OpenAI, Schneider Electric has securely built Copilot as a convenient digital companion embedded inside Resource Advisor. Copilot equips customers with enhanced data analysis, visualization, decision support, and performance optimization, and the ability to seamlessly process intricate industry knowledge and Resource Advisor system information.<br>• **Jo-Chat GPT** – internal conversational assistant based on Microsoft Azure OpenAI Service allowing employees to profit from Generative AI capabilities in a secure way.<br>• **Finance Advisor** – this conversational assistant provides an easy and effective way to find precise information for financial analysts in accounting and other functions within global finance. It helps to achieve consistent, compliant, and timely decision-making.<br>• **Knowledge Bot** – conversational assistant helping customer care representatives find precise information to customer queries and proposing appropriate answer based on large internal documentation.<br>• **Conversational search** – helping our customers search for the products they need in a natural conversation style using semantic search capability.<br><br>Source : https://www.se.com/ww/en/about-us/newsroom/news/press-releases/schneider-electric-drives-generative-ai-productivity-and-sustainability-solutions-by-integrating-microsoft-azure-openai-6551d3eacbbacd6fa60f2b03/ |
| a. receiving a search question or query containing at least one variable expression, said at least one variable expression being representative of desired answer data that is to be searched for in said | Defendant's Accused Product, EcoStruxure Resource Advisor Copilot, includes and/or utilizes functionality for receiving a search question or query containing at least one variable expression, said at least one variable expression being representative of desired answer data that is to be searched for in said information repository.<br><br>For example, the Copilot provides a natural interface for the user to interact with a large amount of data and allows users to ask the chatbot a question using natural language to retrieve data. As shown in the evidence, a user inputs a query such as "What were the emissions for Springfield, MI in 2022?", where elements such as "emissions," "Springfield, MI," and "2022" represent variable expressions corresponding to the desired answer data (e.g., data type, location, and time period) to be searched within the system. The platform enables users to interact with their enterprise energy and sustainability data and query ESG reporting, sustainability, and energy data, demonstrating |

6

# US Pat. No. 7,209,876 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---|---|
| information repository; | that the received query includes variable expressions that define and guide retrieval of the specific answer being sought.<br><br>**EcoStruxure Resource Advisor**<br>Aggregate all cross-enterprise, energy and sustainability information in a single, cloud-based platform. Transform your data into actionable insights that will lead to real business operations.<br><br>**Your single source for energy and sustainability data**<br>EcoStruxure™ Resource Advisor is a solution to manage your energy and sustainability footprint. This platform enables companies to collect, analyze and automate information that matters for your sustainability goals. Resource Advisor centralizes those data in one place so that AI and human expertise can take advantage of those numbers. Leverage digital innovation for energy and resource management to inform business decisions and accelerate results.<br><br>Source : https://www.se.com/us/en/work/services/se-advisory-services/intelligent-software/resource-advisor/<br><br>**Introducing AI to Resource Advisor**<br><br>**Jeff**: The final push for this came about two years ago when we began to see rapid improvement in natural language processing and large language modeling capabilities. So these large language models, or LLMs, give us a new way to understand text inputs. And we began asking ourselves, how can we put the information a user wants right at their fingertips, regardless of who they are? And so these new technologies offered us a great opportunity to begin delivering on this longstanding desire.<br><br>**Gosia**: Okay, so basically what you offer now is a friendly companion that sits on your computer when you enter your job desk. You can ask a question and it gives you the answer. How does it exactly work? |

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---------|---------------------------------------------------------|
| | <br><br>Source : https://enertic.org/wp-content/uploads/2024/12/PDF-Schneider-Electric.pdf  Page 20 of 24<br><br>Source : https://www.youtube.com/watch?v=K8qzqobQlpE Time 0 :25 min & 0 :29 min of 1 :05 min |

# US Pat. No. 7,209,876 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---|---|
| b. initiating a search of said information repository for information containing terms present in said search question or query and receiving a first data set comprising information containing terms present in said search question or query; | Defendant's Accused Product, EcoStruxure Resource Advisor Copilot, includes and utilizes functionality for initiating a search of an information repository for information containing terms present in said search question or query and receiving a first data set comprising information containing terms present in said search question or query;<br><br>For example, EcoStruxure Resource Advisor is a secure, cloud-based software platform that enables companies to collect and analyze sustainability related information in one place and analyze data from more than 400 streams across your enterprise, thereby maintaining a centralized location to create a single, accurate, and verified data repository.<br><br>When a user queries some of their own data, the system takes as input any user's utterance and uses all the parameters that comprise the query, including data stream names, locations, dates, and more. Based on these parameters, the Copilot leverages functions or APIs from Resource Advisor, which return the datasets that clients are requesting and that are related to the enterprise energy and sustainability data. This demonstrates that the system initiates a query-driven search over the centralized repository and retrieves a dataset responsive to the query parameters, consistent with the claimed element.<br><br>Enables companies to collect & analyze sustainability related information in one place<br>Schneider Electric was recognized as the 2022 Microsoft Energy & Sustainability Partner of the Year<br><br>EcoStruxure™ Resource Advisor, a solution from Schneider Electric, is a secure, cloud-based software platform that allows you to see, measure, and manage energy and sustainability initiatives across your entire enterprise.<br><br>This can be a major undertaking, but more than any other software, Resource Advisor makes it easier. It helps your data work for you:<br><br>• Resource insight<br><br>Analyze data from more than 400 streams across your enterprise and capture resource data on supply, demand, and sustainability in a centralized location to create a single, accurate, and verified data repository. |

9

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---|---|
| | Source : https://marketplace.microsoft.com/en-in/product/saas/869296.ecostruxure_resource_advisor<br><br>**Building Sustainability's Digital Future with EcoStruxure™ Resource Advisor Copilot: Schneider Electric's Latest AI Advancement**<br><br>• *Conversational AI tool developed by Schneider Electric is the latest innovation to EcoStruxure Resource Advisor*<br>• *Will deliver efficiency gains and new ways of interacting with complex enterprise data*<br><br>**Boston, MA, August 29th, 2023** – Schneider Electric, the leader in the digital transformation of energy management, automation, and sustainability, today announced its plans to launch **EcoStruxure Resource Advisor Copilot**, a conversational AI tool designed to help business leaders interact with their enterprise energy and sustainability data at even greater speed.<br><br>Using Large Language Model technology, Schneider Electric has securely built Copilot as a convenient digital companion embedded inside Resource Advisor. Copilot will equip energy and sustainability teams with enhanced data analysis, visualization, decision support, and performance optimization, and the ability to seamlessly process intricate industry knowledge and Resource Advisor system information. A private beta is launching over the next month, and general availability of the solution will occur in late 2023 / early 2024.<br><br>The confluence of the digital age and the impact economy is creating a new set of challenges for organizations, making it more important for leaders to turn to digital solutions to manage their environmental and social impacts. By using the new Copilot, Resource Advisor users will be able to retrieve data, generate visuals, and gain valuable insights effortlessly. This streamlined approach reduces the need for manual navigation and data analysis, allowing users to focus on strategic resource decisions.<br><br>Source : https://www.se.com/us/en/about-us/newsroom/news/press-releases/building-sustainability%E2%80%99s-digital-future-with-ecostruxure%E2%84%A2-resource-advisor-copilot-schneider-electric%E2%80%99s-latest-ai-advancement-64ed42111872d65cd80bba2a/ |

# US Pat. No. 7,209,876 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---------|---------------------------------------------------------|
|         | **Introducing AI to Resource Advisor**<br><br>**Gosia**: Okay, so basically what you offer now is a friendly companion that sits on your computer when you enter your job desk. You can ask a question and it gives you the answer. How does it exactly work?<br><br>**Jeff**: It's actually a very cool system. When we began ideating about Resource Advisor Copilot, we asked ourselves some basic questions. And one in particular was what should the copilot be able to answer? And of course, what shouldn't it answer? And this led us to develop some of the safety features of the tool. Before building out the rest of the framework, we built models that take as input any user's utterance, and we try to determine if that's relevant to energy management or sustainability. Furthermore, we work to quickly identify any negative or adversarial behavior on behalf of the user. Overall, our goal is for the user to have a safe, positive, and relevant conversation, which is ultimately useful to the client. Next, we run a set of models to determine the user's intent. We want to know, are they seeking help understanding complex energy management and sustainability terms? Are they looking for help using Resource Advisor, or are they seeking to query some of their own data? The real challenge for us occurs when the user seeks to query some of their own data. We need to understand the type of data that they seek, as well as all the parameters that comprise the query, including things like data stream names, locations, dates, and more. And if I can get technical for just a moment, these large language models, or LLMs, are designed to process numerical data, not text. Therefore, the first step in language modeling requires us to compute text embeddings or high dimensional numerical representations of a word, sentence, or longer passage. And we've built more than a dozen classification models that take as input the user's utterances, text embedding. This has many benefits, including the fact that we don't need to utilize a large language model to make every decision within the application. This speeds it up and also means we're using less energy running large language models. |

# US Pat. No. 7,209,876 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---|---|
|  | **Gosia**: Yeah, and I think that's really impressive because we often maybe a bit overestimate the power of Gen AI in a sense that of course, it gives you this conversational capability. And this is great. This is exactly what you wanted to achieve for a customer to be able just to ask a question and get a reply in their own language. But on the other hand, if I understand it well, you need to put a lot of work beside, like at the backbone of the application. So it's not Gen AI that is actually replying to these questions, but you do all the calculations outside of it. Right, to ensure the reliability of the answers.<br><br>**Jeff**: Yes, that's a great point. Gen AI is an amazing tool, but it doesn't need to be used to solve every problem that we have. To me, it's always about right-sizing the solution to the problem we're trying to solve. And one of the things you just brought up was the ability to perform calculations. Anybody who's used ChatGPT or other large language models knows that they're not great at multiplying numbers or doing other simple math. And so we don't ask the LLM to do math. Instead, we leverage functions or APIs from Resource Advisor, which return the data our clients are requesting in a form that's as close to the end result as possible. And we also recognize a set of common operations that need to be performed on the resulting data set. This allows us to do things like compute sums, averages, and more without asking the LLM to do any math. It would be overkill and ill-advised to try to let a large language model do that work for us.<br><br>Source : https://blog.se.com/digital-transformation/artificial-intelligence/2025/02/10/podcast-navigating-sustainability-data-with-genai-copilot/ |
| c. searching said first data set for answer phrases present in syntactically similar form to said search question or query and | Defendant's Accused Product, EcoStruxure Resource Advisor Copilot, includes and utilizes functionality for searching the retrieved data set for answer content corresponding to the search query and containing answer data that may replace variable expressions to provide an answer to the query.<br><br>For example, following retrieval of the dataset from the centralized repository, the Copilot takes as input the user's utterance and determines the type of data that the user seeks. The system uses all the parameters that comprise the |

12

# US Pat. No. 7,209,876 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---|---|
| containing answer data which may replace said variable expression to provide an answer to said search question or query, and retrieving answer phrases resulting from such search; and | query, including data stream names, locations, dates, and more, and interacts with their enterprise energy and sustainability data based on these parameters. Additionally, the system processes the query by analyzing its language structure and identifies relevant information to provide an answer. By using these query parameters and analyzing the structure of the query, the Copilot identifies information corresponding to the user's request and provides responses aligned with the structure and parameters of the query. This demonstrates that the system utilizes the retrieved dataset and query understanding to determine answer content corresponding to the query, where the identified data values replace the variable components of the query to form an answer.<br><br>**Building Sustainability's Digital Future with EcoStruxure™ Resource Advisor Copilot: Schneider Electric's Latest AI Advancement**<br><br>• *Conversational AI tool developed by Schneider Electric is the latest innovation to EcoStruxure Resource Advisor*<br>• *Will deliver efficiency gains and new ways of interacting with complex enterprise data*<br><br>**Boston, MA, August 29th, 2023** – Schneider Electric, the leader in the digital transformation of energy management, automation, and sustainability, today announced its plans to launch **EcoStruxure Resource Advisor Copilot**, a conversational AI tool designed to help business leaders interact with their enterprise energy and sustainability data at even greater speed.<br><br>Using Large Language Model technology, Schneider Electric has securely built Copilot as a convenient digital companion embedded inside Resource Advisor. Copilot will equip energy and sustainability teams with enhanced data analysis, visualization, decision support, and performance optimization, and the ability to seamlessly process intricate industry knowledge and Resource Advisor system information. A private beta is launching over the next month, and general availability of the solution will occur in late 2023 / early 2024.<br><br>The confluence of the digital age and the impact economy is creating a new set of challenges for organizations, making it more important for leaders to turn to digital solutions to manage their environmental and social impacts. By using the new Copilot, Resource Advisor users will be able to retrieve data, generate visuals, and gain valuable insights effortlessly. This streamlined approach reduces the need for manual navigation and data analysis, allowing users to focus on strategic resource decisions. |

# US Pat. No. 7,209,876 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---|---|
| | Source : https://www.se.com/us/en/about-us/newsroom/news/press-releases/building-sustainability%E2%80%99s-digital-future-with-ecostruxure%E2%84%A2-resource-advisor-copilot-schneider-electric%E2%80%99s-latest-ai-advancement-64ed42111872d65cd80bba2a/ <br><br> **Gosia**: Okay, so basically what you offer now is a friendly companion that sits on your computer when you enter your job desk. You can ask a question and it gives you the answer. How does it exactly work? <br><br> **Jeff**: It's actually a very cool system. When we began ideating about Resource Advisor Copilot, we asked ourselves some basic questions. And one in particular was what should the copilot be able to answer? And of course, what shouldn't it answer? And this led us to develop some of the safety features of the tool. Before building out the rest of the framework, we built models that take as input any user's utterance, and we try to determine if that's relevant to energy management or sustainability. Furthermore, we work to quickly identify any negative or adversarial behavior on behalf of the user. Overall, our goal is for the user to have a safe, positive, and relevant conversation, which is ultimately useful to the client. Next, we run a set of models to determine the user's intent. We want to know, are they seeking help understanding complex energy management and sustainability terms? Are they looking for help using Resource Advisor, or are they seeking to query some of their own data? The real challenge for us occurs when the user seeks to query some of their own data. We need to understand the type of data that they seek, as well as all the parameters that comprise the query, including things like data stream names, locations, dates, and more. And if I can get technical for just a moment, these large language models, or LLMs, are designed to process numerical data, not text. Therefore, the first step in language modeling requires us to compute text embeddings or high dimensional numerical representations of a word, sentence, or longer passage. And we've built more than a dozen classification models that take as input the user's utterances, text embedding. This has many benefits, including the fact that we don't need to utilize a large language model to make every decision within the application. This speeds it up and also means we're using less energy running large language models. |

14

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---------|----------------------------------------------------------|
|  | **Gosia**: Yeah, and I think that's really impressive because we often maybe a bit overestimate the power of Gen AI in a sense that of course, it gives you this conversational capability. And this is great. This is exactly what you wanted to achieve for a customer to be able just to ask a question and get a reply in their own language. But on the other hand, if I understand it well, you need to put a lot of work beside, like at the backbone of the application. So it's not Gen AI that is actually replying to these questions, but you do all the calculations outside of it. Right, to ensure the reliability of the answers. <br><br> **Jeff**: Yes, that's a great point. Gen AI is an amazing tool, but it doesn't need to be used to solve every problem that we have. To me, it's always about right-sizing the solution to the problem we're trying to solve. And one of the things you just brought up was the ability to perform calculations. Anybody who's used ChatGPT or other large language models knows that they're not great at multiplying numbers or doing other simple math. And so we don't ask the LLM to do math. Instead, we leverage functions or APIs from Resource Advisor, which return the data our clients are requesting in a form that's as close to the end result as possible. And we also recognize a set of common operations that need to be performed on the resulting data set. This allows us to do things like compute sums, averages, and more without asking the LLM to do any math. It would be overkill and ill-advised to try to let a large language model do that work for us. <br><br> Source : https://blog.se.com/digital-transformation/artificial-intelligence/2025/02/10/podcast-navigating-sustainability-data-with-genai-copilot/ <br><br> **2. User query** <br><br> You input a query or request when asking an LLM to answer a question or retrieve a document. The clarity and context of the query determine how the model will process the input. |

15

# US Pat. No. 7,209,876 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---|---|
| | ### 4. Data processing<br><br>The LLM then processes the query by analyzing its language structure. Based on its understanding of the context, the LLM identifies relevant information to provide an answer. In this step, the AI provider relies only on its own memory, without using external data sources.<br><br>Source : https://blog.box.com/what-are-large-language-models |
| d. modifying said answer phrases and providing output derived from said answer phrases in the form of one or more direct answers to said search question or query. | Defendant's Accused Product, EcoStruxure Resource Advisor Copilot, includes and utilizes functionality for providing output derived from identified answer content in the form of one or more direct answers to a search query.<br><br>For example, the Copilot enables users to ask questions through a chatbot interface, where the system takes as input any user's utterance and processes the query by analyzing its language structure to determine the requested data. Based on this, the system leverages functions or APIs from Resource Advisor, which return the data that clients are requesting in a form that is as close to the end result as possible. The Copilot then presents responses through the chat interface, directly answering the user's query. For instance, users can input queries such as "What were the emissions for Springfield, MI in 2022?" and Copilot returns responses such as emissions values in metric tons of CO2e, demonstrating that the system produces answers responsive to the query, consistent with the claimed element. |

16

# US Pat. No. 7,209,876 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---|---|
| |  |

Source : https://enertic.org/wp-content/uploads/2024/12/PDF-Schneider-Electric.pdf  Page 20 of 24

17

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---|---|
| | Source : https://www.youtube.com/watch?v=K8qzqobQlpE Time 0:25 min & 0:29 min of 1:05 min<br><br>**Introducing AI to Resource Advisor**<br><br>**Gosia**: Okay, so basically what you offer now is a friendly companion that sits on your computer when you enter your job desk. You can ask a question and it gives you the answer. How does it exactly work?<br><br>**Jeff**: It's actually a very cool system. When we began ideating about Resource Advisor Copilot, we asked ourselves some basic questions. And one in particular was what should the copilot be able to answer? And of course, what shouldn't it answer? And this led us to develop some of the safety features of the tool. Before building out the rest of the framework, we built models that take as input any user's utterance, and we try to determine if that's relevant to energy management or sustainability. Furthermore, we work to quickly identify any negative or adversarial behavior on behalf of the user. Overall, our goal is for the user to have a safe, positive, and relevant conversation, which is ultimately useful to the client. Next, we run a set of models to determine the user's intent. We want to know, are they seeking help understanding complex energy management and sustainability terms? Are they looking for help using Resource Advisor, or are they seeking to query some of their own data? The real challenge for us occurs when the user seeks to query some of their own data. We need to understand the type of data that they seek, as well as all the parameters that comprise the query, including things like data stream names, locations, dates, and more. And if I can get technical for just a moment, these large language models, or LLMs, are designed to process numerical data, not text. Therefore, the first step in language modeling requires us to compute text embeddings or high dimensional numerical representations of a word, sentence, or longer passage. And we've built more than a dozen classification models that take as input the user's utterances, text embedding. This has many benefits, including the fact that we don't need to utilize a large language model to make every decision within the application. This speeds it up and also means we're using less energy running large language models. |

# US Pat. No. 7,209,876 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Resource Advisor Copilot |
|---|---|
| | **Gosia**: Yeah, and I think that's really impressive because we often maybe a bit overestimate the power of Gen AI in a sense that of course, it gives you this conversational capability. And this is great. This is exactly what you wanted to achieve for a customer to be able just to ask a question and get a reply in their own language. But on the other hand, if I understand it well, you need to put a lot of work beside, like at the backbone of the application. So it's not Gen AI that is actually replying to these questions, but you do all the calculations outside of it. Right, to ensure the reliability of the answers.<br><br>**Jeff**: Yes, that's a great point. Gen AI is an amazing tool, but it doesn't need to be used to solve every problem that we have. To me, it's always about right-sizing the solution to the problem we're trying to solve. And one of the things you just brought up was the ability to perform calculations. Anybody who's used ChatGPT or other large language models knows that they're not great at multiplying numbers or doing other simple math. And so we don't ask the LLM to do math. Instead, we leverage functions or APIs from Resource Advisor, which return the data our clients are requesting in a form that's as close to the end result as possible. And we also recognize a set of common operations that need to be performed on the resulting data set. This allows us to do things like compute sums, averages, and more without asking the LLM to do any math. It would be overkill and ill-advised to try to let a large language model do that work for us.<br><br>Source : https://blog.se.com/digital-transformation/artificial-intelligence/2025/02/10/podcast-navigating-sustainability-data-with-genai-copilot/ |