# EXHIBIT B

Evidence of Use Chart for U.S. Patent No. 7,280,830

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| 1. A method for automatic registration of a new wireless device with a registration server, comprising: | Defendant Schneider Electric ("Schneider" or "Defendant") manufactures, uses (including through testing), sells, and/or offers for sale, and instructs end users to use the Wiser smart home ecosystem, including the Wiser Home, Wiser Hub, connected devices such as Wiser Temperature/Humidity Sensor, and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing (collectively, the "Accused Products"), which enable users to integrate and control smart devices within a connected home system.<br><br>Within the Wiser Home system, a user connects the Wiser Home app to the Wiser Hub and creates a Wiser Home account, which is essential for accessing all features and ensuring secure control of the system. The app enables users to add and manage devices and to integrate new devices such as Wiser Temperature/Humidity Sensor into the system, including through an auto-scan pairing process. Once paired, devices are added to the hub and begin reporting data to the Wiser Hub, and the hub monitors and controls devices via the Wiser Home app. The Wiser Hub is connected to the Wiser Cloud for remote control via Wi-Fi, enabling devices added to the system to be accessed and controlled through the application. Accordingly, when a new wireless device such as Wiser Temperature/Humidity Sensor is added and integrated into the system through the Wiser Home app and Wiser Hub, the device becomes part of a cloud-connected environment in which device information is made available through the Wiser Cloud via the hub, consistent with automatic registration of the device with a registration server. |

# US Pat. No. 7,280,830 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
|  |  Source : https://play.google.com/store/apps/details?id=com.schneider_electric.WiserHeat&hl=en_us |

# US Pat. No. 7,280,830 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | Source : https://www.productinfo.schneider-electric.com/wiser_eu/wiser-temperature-humidity-sensor_device-user-guide_wiser_se/English/Wiser_Temperature_Humidity_Wiser_SE_Sensor_Device%20user%20guide.pdf<br>Page 1 of 22<br><br>**2. How Does It Work?**<br><br>The Wiser Home app operates by connecting your smartphone or tablet to the Wiser Hub, the central device that communicates with all compatible smart devices in your home. This connection allows you to:<br><br>- **Add and Manage Devices:** Easily integrate new devices into your system and organize them by rooms or categories for streamlined control.<br>- **Set Preferences:** Customize settings for individual devices or groups, tailoring the system to your lifestyle and preferences.<br>- **Access Remotely:** Control and monitor your home from anywhere with an internet connection, providing peace of mind and flexibility.<br><br>**3. How to Make It Work?**<br><br>To set up your Wiser Home app and integrate it with your Wiser 2nd Generation system, follow these steps:<br><br>- **Create a Wiser Home Account:**<br><br>    1. Open the Wiser Home app and tap "Get Started."<br>    2. Select "Home Owner" when prompted.<br>    3. Enter your name, valid email address, and create a secure password following the app's guidelines.<br>    4. Verify your account by clicking the confirmation link sent to your email.<br>       Note: A Wiser Home account is essential for accessing all features of the Wiser Home app and ensuring secure control of your smart home system. |

# US Pat. No. 7,280,830 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
| --- | --- |
| | Source : https://schneider-electric.zendesk.com/hc/en-gb/articles/27766547325341-Homeowner-set-up-app-journey-how-to-register |

4

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | ## Wiser Temperature/Humidity Sensor<br><br>CLP593011<br><br>## About the device<br><br>The Wiser Temperature/Humidity sensor (hereinafter referred to as **sensor**) combines two sensors in one unit. The sensor measures temperature and humidity in the environment where the sensor is installed. When the sensor is connected to the **Wiser Hub**, it reports the temperature and humidity data to the **Wiser Hub**.<br><br>The sensor triggers other Wiser devices (such as turning on an air conditioner if the temperature is high or turning on an exhaust fan if the humidity is high) through automation.<br><br>**Features of the sensor:**<br>• Detect temperature and humidity in the environment and passes the information to the **Wiser Hub**.<br>• Sends the battery level and offline device status information to the **Wiser Hub**.<br><br>## Pairing the device<br><br>Using the Wiser app, pair your device with the **Wiser Hub** to access and control the device. You can either add the device manually or do an auto-scan to pair it. |

5

Case 2:26-cv-00334-JRG-RSP    Document 1-2    Filed 04/23/26    Page 7 of 23 PageID #: 49

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---------|-----------------------------------------------|
| | Source : https://www.productinfo.schneider-electric.com/wiser_eu/wiser-temperature-humidity-sensor_device-user-guide_wiser_se/English/Wiser_Temperature_Humidity_Wiser_SE_Sensor_Device%20user%20guide.pdf<br>Page 6 of 22<br><br>**Wiser Hub 2nd Generation**<br><br>CCT501801<br><br>The Wiser Hub 2nd Generation monitors and controls the Devices of your Home via the Wiser Home App. It is connected to the Wiser Cloud for remote control via Wi-Fi®.<br><br>Source : https://www.productinfo.schneider-electric.com/wiser_home/wiser-home-system-user-guide-denmark/English/System%20User%20Guide_Wiser_Home_Denmark%20(bookmap)_DD00740666.xml/$/SUG_WH_Getting_to_know_hubs-D6049FD3<br><br>Additional accused products include the Wiser by SE App and Wiser-compatible connected devices such as the Wiser IR Converter, Wiser Window/Door Sensor, Wiser Micro Module Light Switch, Wiser Smoke Alarm, Odace Connected Blind Control Switch, and SE Garage Door Control, among others. These devices are onboarded through the Wiser Home app or the Wiser by SE App using the same Auto-scan pairing and device discovery process. They are added to the Wiser Hub and integrated into a cloud-connected system, where they communicate with the hub and are accessible for monitoring and control through the application. Accordingly, these additional products operate within the same automatic registration and hub-to-cloud communication framework described above. |

# US Pat. No. 7,280,830 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---------|----------------------------------------------|
|  | <br><br>Source : https://play.google.com/store/apps/details?id=com.schneiderelectric.WiserBySE&hl=en_IN |

# US Pat. No. 7,280,830 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---------|-----------------------------------------------|
| | **Wiser IR Converter**<br><br>CCT501411<br><br>**Pairing the device**<br><br>Using the Wiser app, pair your device with the **Gateway/Hub** to access and control the device. You can either add the device manually or do an auto-scan to pair it.<br><br>Source : https://www.productinfo.schneider-electric.com/wiser_eu/wiser_ir_converter_wiser_se_device-user-guide/English/Wiiser_IR_Converter_Wiser_SE_Device%20user%20guide.pdf<br><br>**Wiser Window/Door Sensor**<br><br>CCT591011<br><br>**Pairing the device**<br><br>Using the Wiser app, pair your device with the to access and control the device. You can either add the device manually or do an auto-scan to pair it. |

8

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
|  | Source : https://www.productinfo.schneider-electric.com/wiser_eu/wiser-window-door-sensor_wiser_se_device-user-guide/English/Wiser_Window_Door_Sensor_Wiser_SE_Device%20user%20guide.pdf <br><br> **Wiser Smoke Alarm 240 V Square** <br><br> CLP599WSA <br><br> **Pairing the device** <br><br> Using the Wiser app, pair your device with the **Wiser Hub** to access and control the device. You can either add the device manually or do an auto-scan to pair it. <br><br> Source : https://www.productinfo.schneider-electric.com/wse-pacific/wiser-smoke-alarm-240-v-square_pacific_wse_dug_dd00708429/English/Smoke%20Alarm%20240V%20Square_Pacific_WSE_DUG_DD00708429.pdf |

# US Pat. No. 7,280,830 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | **Wiser Micro Module Light Switch** CCT5011-0002 **Pairing the device with Wiser Gateway** Using the Wiser app, first pair your device with the **Wiser Gateway** to access and control the device. You can either add the device manually or do an auto-scan to pair it. Source : https://www.productinfo.schneider-electric.com/wiser_eu/wiser-micro-module-light-switch_device-user-guide_wiser-se/English/Wiser_Micro_Module_Light_Switch_Wiser_SE_Device%20user%20guide.pdf |

10

# US Pat. No. 7,280,830 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
|  | <br><br>Source : https://www.productinfo.schneider-electric.com/wiser_home/odace-connected-blind-control-switch_wiser_home_device-user-guide/English/Odace%20-%20Connected%20Blind%20Control%20Switch_Wiser_Home_Device%20user%20guide_0000825416.pdf |

11

# US Pat. No. 7,280,830 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | **Application** The Wiser Micro Module Switch utilizes voltage free relay contacts and is suitable for a wide range of applications, from lighting to garage door control. It provides smart control from a connected momentary wall switch, the Wiser by SE app or voice command.<br><br>Source: https://download.se.com/files?p_Doc_Ref=998-22851213 |
| establishing a home relationship between the new wireless device and a network server, such that no additional configuration is required by a user of the new device to communicate over a network once the relationship is established, wherein establishing a home relationship includes, determining at the network server, that the wireless device is an owned device, wherein the owned device is previously | Defendant's Accused Products include and/or utilize functionality for establishing a home relationship between the new wireless device and a network server, such that no additional configuration is required by a user of the new device to communicate over a network once the relationship is established, wherein establishing a home relationship includes, determining at the network server, that the wireless device is an owned device, wherein the owned device is previously known to the network server.<br><br>For example, within the Wiser smart home ecosystem, a new wireless device is paired with the Wiser Hub using the Wiser Home app through an auto-scan process that automatically discovers the device when it is powered on and enables selection of the Wiser Hub for pairing. Upon successful addition, the device is added to the hub and becomes part of the user's home system, after which the device communicates with the hub over the network and is accessed and controlled without requiring further configuration. The pairing process occurs within a Wiser Home account environment that is essential for accessing all features and ensuring secure control of the smart home system, thereby indicating that the device is associated with a user-owned system. Further, the Wiser Hub identifies and adds compatible devices during the discovery and pairing process, demonstrating that the device is recognized by the hub as a supported device within the system. Accordingly, the Accused Products establish a home relationship between the wireless device and the Wiser Hub, wherein the device is automatically discovered, added to a user-owned system, and recognized as a compatible device, consistent with determining that the device is an owned device previously known to the network server, and enabling communication over the network without additional configuration once the relationship is established. |

12

# US Pat. No. 7,280,830 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| known to the network server; | **Pairing the device**<br><br>Using the Wiser app, pair your device with the **Wiser Hub** to access and control the device. You can either add the device manually or do an auto-scan to pair it.<br><br>**Pairing device with auto scan**<br><br>Pairing the device with auto scan automatically discovers the device when the corresponding device is powered on.<br><br>1. On the **Home** page, tap **+**.<br>2. Tap **Auto scan > Confirm**.<br>3. Enable permissions to **Access location** and **Wi-Fi** for scanning device and tap **Start scanning**.<br>    **NOTE:** If you have multiple hubs, do Step 4 or proceed to Step 5.<br>4. Tap **Select hub** and select the Wiser hub from the slide-up menu.<br>5. Short press the setup/reset button 3 times (< 0,5 s) and wait for a few seconds until the device search is complete.<br>    The LED blinks orange.<br>        **TIP:** If you want to pair multiple devices at once, perform step 5 on each device and wait for a few seconds for them to be detected. |

# US Pat. No. 7,280,830 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---------|-----------------------------------------------|
| | <br><br>Source: https://www.productinfo.schneider-electric.com/wiser_eu/wiser-temperature-humidity-sensor_device-user-guide_wiser_se/English/Wiser_Temperature_Humidity_Wiser_SE_Sensor_Device%20user%20guide.pdf<br>Page 7 and 9 of 22<br><br>• **Create a Wiser Home Account:**<br><br>1. Open the Wiser Home app and tap "Get Started."<br>2. Select "Home Owner" when prompted.<br>3. Enter your name, valid email address, and create a secure password following the app's guidelines.<br>4. Verify your account by clicking the confirmation link sent to your email.<br>Note: A Wiser Home account is essential for accessing all features of the Wiser Home app and ensuring secure control of your smart home system. |

14

Case 2-26-cv-00334-JRG-RSP    Document 1-2    Filed 04/23/26    Page 16 of 23 PageID #: 58

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | • Add Devices to Your System:<br><br>  1. Navigate to the "Devices" section in the app.<br>  2. Tap "Add Device" and select the type of device you wish to add.<br>  3. Follow the app's pairing instructions, which may involve pressing a button on the device or scanning a QR code.<br>  4. Assign the device to a room and customize its settings as desired.<br><br>Source : https://schneider-electric.zendesk.com/hc/en-gb/articles/27766547325341-Homeowner-set-up-app-journey-how-to-register<br><br>**Pairing the Device:** To pair the Wiser Temperature and Humidity Sensor with your Wiser system or compatible device, please follow these steps:<br><br>1. Ensure that your Wiser system or compatible device is turned on and in pairing mode.<br>2. On the sensor, press and hold the pairing button for 5 seconds until the LED indicator starts flashing.<br>3. Within the Wiser system or compatible device, navigate to the pairing section and search for available devices.<br>4. Select the Wiser Temperature and Humidity Sensor from the list of available devices.<br>5. Follow the on-screen instructions to complete the pairing process.<br>6. Once paired successfully, the sensor will start transmitting temperature and humidity data to your Wiser system or compatible device.<br><br>Source : https://device.report/manual/11616003 |
| automatically obtaining registration information for the new device; | Defendant's Accused Products include and/or utilize functionality for automatically obtaining registration information for a new wireless device.<br><br>For example, the Wiser Home app performs an auto scan that automatically discovers the device when the corresponding device is powered on, after which available devices are displayed and the device name (e.g., Temperature Humidity Sensor) is identified and selected within the application. The process includes initiating auto scan, confirming the scan, and detecting available devices without requiring manual entry of device details, |

15

Case 2:26-cv-00334-JRG-RSP    Document 1-2    Filed 04/23/26    Page 17 of 23 PageID #: 59

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | and once the device is added successfully, it becomes part of the system, thereby evidencing that registration information for the new device is obtained automatically.<br><br>**Pairing the device**<br><br>Using the Wiser app, pair your device with the **Wiser Hub** to access and control the device. You can either add the device manually or do an auto-scan to pair it.<br><br>**Pairing device with auto scan**<br><br>Pairing the device with auto scan automatically discovers the device when the corresponding device is powered on.<br><br>1. On the **Home** page, tap **+**.<br><br>2. Tap **Auto scan > Confirm**.<br><br>3. Enable permissions to **Access location** and **Wi-Fi** for scanning device and tap **Start scanning**.<br>    **NOTE:** If you have multiple hubs, do Step 4 or proceed to Step 5.<br><br>4. Tap **Select hub** and select the Wiser hub from the slide-up menu.<br><br>5. Short press the setup/reset button 3 times (< 0,5 s) and wait for a few seconds until the device search is complete.<br>    The LED blinks orange.<br>    **TIP:** If you want to pair multiple devices at once, perform step 5 on each device and wait for a few seconds for them to be detected. |

Case 2-26-cv-00334-JRG-RSP    Document 1-2    Filed 04/23/26    Page 18 of 23 PageID #: 60

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---------|-----------------------------------------------|
|         | Source : https://www.productinfo.schneider-electric.com/wiser_eu/wiser-temperature-humidity-sensor_device-user-guide_wiser_se/English/Wiser_Temperature_Humidity_Wiser_SE_Sensor_Device%20user%20guide.pdf<br>Page 7 and 9 of 22 |

17

# US Pat. No. 7,280,830 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
|  | • Add Devices to Your System:<br><br>1. Navigate to the "Devices" section in the app.<br>2. Tap "Add Device" and select the type of device you wish to add.<br>3. Follow the app's pairing instructions, which may involve pressing a button on the device or scanning a QR code.<br>4. Assign the device to a room and customize its settings as desired.<br><br>Source : https://schneider-electric.zendesk.com/hc/en-gb/articles/27766547325341-Homeowner-set-up-app-journey-how-to-register |
| establishing a connection between a registration server and the network server; and<br><br>sending the registration information from the network server to the registration server. | Defendant's Accused Products include and/or utilize functionality for establishing a connection between a registration server and a network server, and for sending registration information from the network server to the registration server.<br><br>For example, the Wiser Hub is connected to the Wiser Cloud for remote control via Wi-Fi, thereby establishing a connection between the hub and the cloud-based system. Devices paired with the Wiser Hub are integrated into the system using the Wiser Home app, and once connected, devices report data to the Wiser Hub and are accessible for control and monitoring through the application, including remote access over an internet connection. This integration of devices into a cloud-connected system via the hub evidences that information associated with the added device is communicated through the hub to the Wiser Cloud, thereby demonstrating that registration information is sent from the network server to the registration server.<br><br>**Wiser Temperature/Humidity Sensor** |

18

# US Pat. No. 7,280,830 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---------|-----------------------------------------------|
|  | **Wiser Home System**<br><br>If you have **Wiser Hub/HubR** 2nd Generation (CCT501801 or CCTFR6311G2) and **Wiser Home app**, then click here 👉<br><br>Wiser **Home** app<br><br>CCT501801 Wiser Hub 2nd Generation — CCTFR6311G2 Wiser HubR 2nd Generation<br><br>Source : https://www.productinfo.schneider-electric.com/wiser_eu/wiser-temperature-humidity-sensor_device-user-guide_wiser_se/English/Wiser_Temperature_Humidity_Wiser_SE_Sensor_Device%20user%20guide.pdf<br>Page 1 of 22<br><br>**2. How Does It Work?**<br><br>The Wiser Home app operates by connecting your smartphone or tablet to the Wiser Hub, the central device that communicates with all compatible smart devices in your home. This connection allows you to:<br><br>• **Add and Manage Devices:** Easily integrate new devices into your system and organize them by rooms or categories for streamlined control.<br>• **Set Preferences:** Customize settings for individual devices or groups, tailoring the system to your lifestyle and preferences.<br>• **Access Remotely:** Control and monitor your home from anywhere with an internet connection, providing peace of mind and flexibility.<br><br>**3. How to Make It Work?**<br><br>To set up your Wiser Home app and integrate it with your Wiser 2nd Generation system, follow these steps: |

19

# US Pat. No. 7,280,830 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | • **Create a Wiser Home Account:**<br><br>1. Open the Wiser Home app and tap "Get Started."<br>2. Select "Home Owner" when prompted.<br>3. Enter your name, valid email address, and create a secure password following the app's guidelines.<br>4. Verify your account by clicking the confirmation link sent to your email.<br>   Note: A Wiser Home account is essential for accessing all features of the Wiser Home app and ensuring secure control of your smart home system.<br><br>Source : https://schneider-electric.zendesk.com/hc/en-gb/articles/27766547325341-Homeowner-set-up-app-journey-how-to-register |

20

# US Pat. No. 7,280,830 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
|  | ## Wiser Temperature/Humidity Sensor

CLP593011

## About the device

The Wiser Temperature/Humidity sensor (hereinafter referred to as **sensor**) combines two sensors in one unit. The sensor measures temperature and humidity in the environment where the sensor is installed. When the sensor is connected to the **Wiser Hub**, it reports the temperature and humidity data to the **Wiser Hub**.

The sensor triggers other Wiser devices (such as turning on an air conditioner if the temperature is high or turning on an exhaust fan if the humidity is high) through automation.

**Features of the sensor:**

- Detect temperature and humidity in the environment and passes the information to the **Wiser Hub**.
- Sends the battery level and offline device status information to the **Wiser Hub**.

## Pairing the device

Using the Wiser app, pair your device with the **Wiser Hub** to access and control the device. You can either add the device manually or do an auto-scan to pair it. |

21

# US Pat. No. 7,280,830 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
|  | Source : https://www.productinfo.schneider-electric.com/wiser_eu/wiser-temperature-humidity-sensor_device-user-guide_wiser_se/English/Wiser_Temperature_Humidity_Wiser_SE_Sensor_Device%20user%20guide.pdf<br><br>Page 6 of 22<br><br>**Wiser Hub 2nd Generation**<br><br>CCT501801<br><br>The Wiser Hub 2nd Generation monitors and controls the Devices of your Home via the Wiser Home App. It is connected to the Wiser Cloud for remote control via Wi-Fi®.<br><br>Source : https://www.productinfo.schneider-electric.com/wiser_home/wiser-home-system-user-guide-denmark/English/System%20User%20Guide_Wiser_Home_Denmark%20(bookmap)_DD00740666.xml/$/SUG_WH_Getting_to_know_hubs-D6049FD3 |

22