# EXHIBIT C

Evidence of Use Chart for U.S. Patent No. 7,593,428

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
| --- | --- |
| 14. A method comprising: | Defendant Schneider Electric ("Schneider" or "Defendant") manufactures, uses (including through testing), sells, and/or offers for sale, and instructs end users to use the EcoStruxure Panel Server – universal wireless concentrator modbus gateway 110–277 VAC/DC and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing (the "Accused Products"), which support wireless communication using IEEE standards including IEEE 802.11n.<br><br>Within the Accused Products, operation is performed in accordance with IEEE 802.11n-2009 and IEEE 802.11-2016 standards, which define aggregate medium access control (MAC) protocol data units (A-MPDUs) and medium access control (MAC) protocol data units (MPDUs). An A-MPDU consists of a sequence of one or more A-MPDU subframes and contains one or more MPDUs that are transported by a physical layer (PHY) as a single PHY service data unit (PSDU). The standards further define that several MPDUs are combined into a single frame for transmission, and that a CRC is used as a frame check sequence (FCS) to protect the MPDU fields. Accordingly, the Accused Products operate using IEEE 802.11-defined procedures for handling, structuring, and transmitting data within a wireless system.<br><br>**EcoStruxure Panel Server - universal wireless, concentrator modbus gateway 110-277 VAC/DC**<br>PAS600 |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
|---|---|
| | **Standards**<br>ETSI EN 300 328<br>IEEE 802.15.4<br>IEEE 802.11a/b/g/n<br>IEEE 802.3 af/at<br><br>Source: https://www.se.com/us/en/product/PAS600/ecostruxure-panel-server-universal-wireless-concentrator-modbus-gateway-110277-vac-dc/?selectedNodeId=58174382282 |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
| --- | --- |
| | 802.11n™<br>IEEE<br>IEEE Standard for Information technology— Telecommunications and information exchange between systems— Local and metropolitan area networks— Specific requirements<br>Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications<br>Amendment 5: Enhancements for Higher Throughput<br>IEEE Computer Society<br>Sponsored by the LAN/MAN Standards Committee<br>IEEE<br>3 Park Avenue<br>New York, NY 10016-5997, USA<br>29 October 2009<br>IEEE Std 802.11n™-2009<br>(Amendment to IEEE Std 802.11™-2007 as amended by IEEE Std 802.11k™-2008, IEEE Std 802.11r™-2008, IEEE Std 802.11y™-2008, and IEEE Std 802.11w™-2009)<br><br>IEEE STANDARDS ASSOCIATION IEEE<br>IEEE Standard for Information technology— Telecommunications and information exchange between systems Local and metropolitan area networks— Specific requirements<br>Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications<br>IEEE Computer Society<br>Sponsored by the LAN/MAN Standards Committee<br>IEEE<br>3 Park Avenue<br>New York, NY 10016-5997<br>USA<br>IEEE Std 802.11™-2016<br>(Revision of IEEE Std 802.11-2012)<br><br>Source : https://ieeexplore.ieee.org/document/5307322 , IEEE 802.11n- 2009<br>Source : https://ieeexplore.ieee.org/document/7786995 , IEEE 802.11- 2016 |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
|---|---|
| | **7.4a Aggregate MPDU (A-MPDU)**<br>**7.4a.1 A-MPDU format**<br>An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 7-101o.<br>Octets: A-MPDU subframe 1 (variable) \| A-MPDU subframe 2 (variable) \| … \| A-MPDU subframe n (variable)<br>**Figure 7-101o—A-MPDU format**<br>Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. Except when an A-MPDU subframe is the last one in an A-MPDU, padding octets are appended to make each A-MPDU subframe a multiple of 4 octets in length. The A-MPDU maximum length is 65 535 octets. The length of an A-MPDU addressed to a particular STA may be further constrained as described in 9.7d.2.<br>Source: IEEE 802.11n- 2009, Page 88 of 502<br>**aggregate medium access control (MAC) protocol data unit (A-MPDU):** A structure that contains one or more MPDUs and is transported by a physical layer (PHY) as a single PHY service data unit (PSDU).<br>**medium access control (MAC) protocol data unit (MPDU):** The unit of data exchanged between two peer MAC entities using the services of the physical layer (PHY). *Syn:* **medium access control (MAC) frame**.<br>Source: IEEE 802.11- 2016, Page 128, 135 of 3532 |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
|---|---|
| | The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter when transmitted by a non-DMG STA is defined in Figure 9-744. The structure of the MPDU Delimiter field when transmitted by a DMG STA is shown in Figure 9-745.<br><br>\| \| B0 \| B1 B2 \| B15 B16 \| B23 B24 \| B31 \|<br>\| \| EOF \| Reserved \| MPDU Length \| CRC \| Delimiter Signature \|<br>\| Bits: \| 1 \| 1 \| 14 \| 8 \| 8 \|<br><br>**Figure 9-744—MPDU delimiter (non-DMG)**<br><br>The purpose of the MPDU delimiter is to locate the MPDUs within the A-MPDU so that the structure of the A-MPDU can usually be recovered when one or more MPDU delimiters are received with errors. See O.2 for a description of a deaggregation algorithm.<br><br>**9.7.2 MPDU delimiter CRC field**<br><br>The MPDU delimiter CRC field is an 8-bit CRC value. It is used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC field is the 1s complement of the remainder generated by the modulo 2 division of the protected bits by the polynomial $x^8 + x^2 + x^1 + 1$, where the shift-register state is preset to all 1s.<br><br>Source: IEEE 802.11- 2016, Page 1288 and 1290 of 3532<br><br>**A-MPDU**<br><br>Another method of frame aggregation is A-MPDU, where several MPDUs are combined into a single frame for transmission. Each MPDU of A-MPDU has the same receiver address and data payload and each MPDU is encrypted using the CCMP encryption method. Similar to A-MSDU, each MPDU within the A-MPDU must be of the same 802.11e QoS access category. A-MPDU has more overhead than A-MSDU because each MPDU contains a MAC header and trailer details. |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
| --- | --- |
| |  |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
| --- | --- |
| | Source : https://www.cwnp.com/802.11-mac-series-ndash-basics-mac-architecture-ndash-part-1-3/<br><br>Additional accused products include EcoStruxure Panel Server devices such as PAS600L, PAS800, PAS800L, and PAS800P, as well as other wireless-enabled devices that support IEEE 802.11 communication. These devices operate in accordance with IEEE 802.11 standards, including IEEE 802.11n, to enable wireless data transmission within the network. During operation, the devices exchange data using defined MAC and PHY layer procedures, including the formation and transmission of MPDUs and A-MPDUs. Accordingly, these devices implement the same IEEE 802.11-based data handling, structuring, and transmission functionality.<br><br>**EcoStruxure Panel Server - universal wireless, concentrator modbus gateway 24 VDC**<br>PAS600L<br><br>**Standards**<br>IEEE 802.15.4<br>IEEE 802.11a/b/g/n<br>IEEE 802.3 af/at |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
|---|---|
| | Source: https://www.se.com/us/en/product/PAS600/ecostruxure-panel-server-universal-wireless-concentrator-modbus-gateway-110277-vac-dc/?selectedNodeId=58174382282<br><br>**EcoStruxure Panel Server - advanced datalogger, energy server, 110-277 VAC/DC**<br>PAS800<br><br>**Standards**<br>IEEE 802.15.4<br>IEEE 802.11a/b/g/n<br>IEEE 802.3 af/at<br><br>Source: https://www.se.com/us/en/product/PAS800/ecostruxure-panel-server-advanced-datalogger-energy-server-110277-vac-dc/?selectedNodeId=58174382282<br><br>**EcoStruxure Panel Server - advanced datalogger, energy server, 24 VDC**<br>PAS800L |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
|---|---|
| | **Standards**<br>IEEE 802.15.4<br>IEEE 802.11a/b/g/n<br>IEEE 802.3 af/at<br><br>Source: https://www.se.com/us/en/product/PAS800L/ecostruxure-panel-server-advanced-datalogger-energy-server-24-vdc/?selectedNodeId=58174382282<br><br>**EcoStruxure Panel Server - advanced datalogger, energy server, POE**<br>PAS800P |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
| --- | --- |
| | **Standards**<br>IEEE 802.15.4<br>IEEE 802.11a/b/g/n<br>IEEE 802.3 af/at<br><br>Source: https://www.se.com/us/en/product/PAS800P/ecostruxure-panel-server-advanced-datalogger-energy-server-poe/?selectedNodeId=58174382282<br><br>**dual band indus 802.11n Wireless Access Point for hazardous environments**<br>TCSNWA2A1 |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
| --- | --- |
| | <br><br>Source: https://www.se.com/us/en/product/TCSNWA2A1/dual-band-indus-802-11n-wireless-access-point-for-hazardous-environments/ |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
| --- | --- |
| | *(see content below)* |

Source: https://www.se.com/us/en/product/TCSNWA271F/dual-band-industrial-802-11n-wireless-access-point-for-n-america-outdoor-apps/

Source: https://www.se.com/us/en/product/EBXA-USB-WIFI/wifi-transmitter-for-comx-200-210-510/

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
|---|---|
| | **universal automation Wifi Interface - IP20 - with RJ45 and USB connectors**<br>TCSEGWB13FA0<br>**Standards** IEEE 802.11g<br>IEEE 802.11n<br>IEEE 802.1x<br><br>Source: https://www.se.com/us/en/product/TCSEGWB13FA0/universal-automation-wifi-interface-ip20-with-rj45-and-usb-connectors/ |
| receiving data from a data source at a transceiver station; and<br><br>in response to programmed instructions in processing circuitry at the transceiver station; | Defendant's Accused Products include and/or utilize functionality for receiving data from a data source at a transceiver station and, in response to programmed instructions in processing circuitry at the transceiver station.<br><br>For example, IEEE 802.11 standards define that a MAC service data unit (MSDU) is information that is delivered as a unit between MAC service access points (SAPs), where the MSDU originates from higher layer entities and is provided to the MAC sublayer. The local MAC uses underlying PHY-level services to transport an MSDU to a peer MAC entity, and an MSDU is transmitted in one or more MAC protocol data units (MPDUs), which are exchanged between two peer MAC entities using the services of the physical layer (PHY). Further, IEEE 802.11 defines a connection path through the wireless medium between a non-access point (non-AP) station (STA) and an access point (AP), and distribution services provide the ability to exchange and deliver MSDUs within a distribution system (DS), including when the frame is sent via the DS. The transport of MSDUs from higher layer entities through the MAC and PHY layers, and their exchange between STAs operating in an ESS, demonstrates |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
|---|---|
| | receiving data from a data source at a transceiver station, and performing processes that involve transport, aggregation, and frame formatting of the MSDU in response to defined operations in the MAC data plane.<br><br>**6.1.5 MAC data service architecture**<br><br>***Change the first two paragraphs of 6.1.5 as follows:***<br><br>The MAC data plane architecture (i.e., processes that involve transport of all or part of a MAC service data unit (MSDU) is shown in Figure 6-1. During transmission, an MSDU goes through some or all of the following processes: aggregate MSDU (A-MSDU) aggregation, frame delivery deferral during power save mode, sequence number assignment, fragmentation, encryption, integrity protection, ~~and~~ frame formatting, and aggregate MAC protocol data unit (A-MPDU) aggregation. IEEE Std 802.1X-2004 may block the MSDU at the Controlled Port. At some point, the data frames that contain all or part of the MSDU are queued per access category/traffic stream (AC/TS). ~~This queuing may be at any of the three points indicated in Figure 6-1.~~<br><br>Source: IEEE 802.11n- 2009, Page 10 of 502<br><br>**medium access control (MAC) service data unit (MSDU):** Information that is delivered as a unit between MAC service access points (SAPs).<br><br>**medium access control (MAC) protocol data unit (MPDU):** The unit of data exchanged between two peer MAC entities using the services of the physical layer (PHY). *Syn:* **medium access control (MAC) frame**.<br><br>**aggregate medium access control (MAC) protocol data unit (A-MPDU) subframe:** A portion of an A-MPDU that contains a delimiter and optionally contains an MPDU plus any necessary padding.<br><br>Source: IEEE 802.11- 2016, Page 128, 135 of 3534<br><br>NOTE—The MMPDU occupies a position in the management plane similar to that of the MAC service data unit (MSDU) in the data plane. An MSDU or MMPDU is transmitted in one or more MAC protocol data units (MPDUs) (with the Type field set to Data or Management, respectively). An MSDU can be carried in an aggregate MAC service data unit (A-MSDU). An A-MSDU is transmitted in one MPDU. An MSDU, A-MSDU, or MMPDU can be carried (in an MPDU) in an A-MPDU.<br><br>Source: IEEE 802.11- 2016, Page 154 of 3534 |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
|---|---|
| |  <br>Source : https://www.cwnp.com/802.11-mac-series-ndash-basics-mac-architecture-ndash-part-1-3/<br>**4.5.2 Distribution of MSDUs within a DS**<br>**4.5.2.1 Distribution**<br>This is the primary service used by IEEE 802.11 STAs. It is conceptually invoked by every data message to or from an IEEE 802.11 STA operating in an ESS (when the frame is sent via the DS). Distribution is via the DSS. |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
|---|---|

**4.5.3.3 Association**

To deliver an MSDU within a DS, the distribution service needs to know which AP to access for the given IEEE 802.11 STA. This information is provided to the DS by the concept of association. Association is necessary, but not sufficient, to support BSS-transition mobility. Association is sufficient to support no-transition mobility. Association is one of the services in the DSS.

Before a STA is allowed to send an MSDU via an AP, it first becomes associated with the AP. The act of becoming associated invokes the association service, which provides the STA to AP mapping to the DS. How the information provided by the association service is stored and managed within the DS is not specified by this standard.

Source: IEEE 802.11- 2016, Page 218 and 220 of 3532

**5.1 Overview of MAC services**

**5.1.1.1 General**

This service provides peer LLC sublayer entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it is delivered to the peer LLC sublayer. Such asynchronous MSDU transport is performed on a connectionless basis. By default, MSDU transport is on a best-effort basis. However, the QoS facility uses a

Source: IEEE 802.11- 2016, Page 246 of 3532

**extended service set (ESS) link:** In the context of an IEEE 802.11 medium access control (MAC) entity, a connection path through the wireless medium between a non-access-point (non-AP) station (STA) and one of the APs that is a member of the ESS.

IEEE 802.11- 2016, Page 149 of 3532

| | |
|---|---|
| DSS | distribution system service |
| DSSS | direct sequence spread spectrum |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
|---|---|
| | MSDU MAC service data unit<br><br>Source: IEEE 802.11- 2016, Page 173 and 177 of 3532 |
| selecting a first portion of the data to be protected by a first checksum and selecting a second portion of the data to be protected by a second checksum; | Defendant's Accused Products include and/or utilize functionality for selecting a first portion of the data to be protected by a first checksum and selecting a second portion of the data to be protected by a second checksum.<br><br>For example, IEEE 802.11 standards define that each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU, where the MPDU delimiter includes fields such as Reserved, MPDU length, CRC, and Delimiter Signature. The CRC field is an 8-bit CRC value used as a frame check sequence (FCS) to protect specific fields, including the Reserved and MPDU Length fields, and is generated based on the protected bits. Further, an aggregate MPDU (A-MPDU) ("data") consists of a sequence of one or more A-MPDU subframes ("first and second portion of data"), where each subframe contains its own MPDU delimiter and corresponding CRC field. The presence of multiple MPDU subframes within an A-MPDU, each having its own CRC protecting respective fields, demonstrates selecting portions of the data (e.g., Reserved and MPDU Length fields within each delimiter) to be protected by corresponding CRC values, thereby satisfying the claimed functionality of selecting a first portion of the data to be protected by a first checksum and selecting a second portion of the data to be protected by a second checksum. |

# US Pat. No. 7,593,428 Claim 14

<table>
<tr><th>Claim 14</th><th>Schneider Electric EcoStruxure Panel Server</th></tr>
<tr><td></td><td>
7.4a Aggregate MPDU (A-MPDU)<br><br>
7.4a.1 A-MPDU format<br><br>
An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 7-101o.<br><br>
| | A-MPDU subframe 1 | A-MPDU subframe 2 | … | A-MPDU subframe n |<br>
Octets: variable variable variable<br><br>
Figure 7-101o—A-MPDU format<br><br>
Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. Except when an A-MPDU subframe is the last one in an A-MPDU, padding octets are appended to make each A-MPDU subframe a multiple of 4 octets in length. The A-MPDU maximum length is 65 535 octets. The length of an A-MPDU addressed to a particular STA may be further constrained as described in 9.7d.2.<br><br>
Source: IEEE 802.11n- 2009, Page 88 of 502<br>
aggregate medium access control (MAC) protocol data unit (A-MPDU) subframe: A portion of an A-MPDU that contains a delimiter and optionally contains an MPDU plus any necessary padding.<br><br>
medium access control (MAC) frame: The unit of data exchanged between MAC entities. Syn: medium access control (MAC) protocol data unit (MPDU).<br><br>
NOTE—In contexts in which the MAC is clearly the subject, “frame” is an implicit reference to a MAC frame.<br><br>
medium access control (MAC) protocol data unit (MPDU): The unit of data exchanged between two peer MAC entities using the services of the physical layer (PHY). Syn: medium access control (MAC) frame.<br><br>
Source: IEEE 802.11- 2016, Page 128, 135 of 3534
</td></tr>
</table>

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
|---|---|
| | (see figures and text below) |

| Octets: | MPDU delimiter | MPDU | Padding |
|---|---|---|---|
| | 4 | variable | 0–3 |

**Figure 9-743—A-MPDU subframe format**

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter when transmitted by a non-DMG STA is defined in Figure 9-744. The structure of the MPDU Delimiter field when transmitted by a DMG STA is shown in Figure 9-745.

| | B0 | B1 | B2 B15 | B16 B23 | B24 B31 |
|---|---|---|---|---|---|
| | EOF | Reserved | MPDU Length | CRC | Delimiter Signature |
| Bits: | 1 | 1 | 14 | 8 | 8 |

**Figure 9-744—MPDU delimiter (non-DMG)**

Source: IEEE 802.11- 2016, Page 1288 of 3532

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
| --- | --- |

Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. Except when an A-MPDU subframe is the last one in an A-MPDU, padding octets are appended to make each A-MPDU subframe a multiple of 4 octets in length. The A-MPDU maximum length is 65 535 octets. The length of an A-MPDU addressed to a particular STA may be further constrained as described in 9.7d.2.

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter is defined in Figure 7-101p.

| Bits: | B0 B3 | B4 B15 | B16 B23 | B24 B31 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Reserved | MPDU length | CRC | Delimiter Signature | MPDU | Pad |
| Octets: | MPDU Delimiter: 4 | | | | Variable | 0–3 |

Figure 7-101p—A-MPDU subframe format

Table 7-57w— MPDU delimiter fields

| Field | Size (bits) | Description |
| --- | --- | --- |
| Reserved | 4 | |
| MPDU length | 12 | Length of the MPDU in octets |
| CRC | 8 | 8-bit CRC of the preceding 16-bits. |
| Delimiter Signature | 8 | Pattern that may be used to detect an MPDU delimiter when scanning for a delimiter.<br>The unique pattern is set to the value 0x4E.<br>NOTE—As the Delimiter Signature field was created by the IEEE 802.11 Task Group n, it chose the ASCII value for the character 'N' as the unique pattern. |

Source: IEEE 802.11n- 2009, Page 88,89 of 502

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
| --- | --- |
| | The purpose of the MPDU delimiter is to locate the MPDUs within the A-MPDU so that the structure of the A-MPDU can usually be recovered when one or more MPDU delimiters are received with errors. See O.2 for a description of a deaggregation algorithm.<br><br>**9.7.2 MPDU delimiter CRC field**<br><br>The MPDU delimiter CRC field is an 8-bit CRC value. It is used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC field is the 1s complement of the remainder generated by the modulo 2 division of the protected bits by the polynomial $x^8 + x^2 + x^1 + 1$, where the shift-register state is preset to all 1s.<br><br>Source: IEEE 802.11- 2016, Page 1290 of 3532 |

**Table 9-422— MPDU delimiter fields (non-DMG)**

| Field | Size (bits) | Description |
| --- | --- | --- |
| EOF | 1 | End of frame indication. Set to 1 in an A-MPDU subframe that has 0 in the MPDU Length field and that is used to pad the A-MPDU in a VHT PPDU as described in 10.13.6. Set to 1 in the MPDU delimiter of a VHT single MPDU as described in 10.13.7. Set to 0 otherwise. |
| Reserved | 1 | |
| MPDU Length | 14 | Length of the MPDU in octets. Set to 0 if no MPDU is present. An A-MPDU subframe with 0 in the MPDU Length field is used as defined in 10.13.3 to meet the minimum MPDU start spacing requirement and also to pad the A-MPDU to fill the available octets in a VHT PPDU as defined in 10.13.6. |
| CRC | 8 | 8-bit CRC of the preceding 16 bits. |
| Delimiter Signature | 8 | Pattern that can be used to detect an MPDU delimiter when scanning for an MPDU delimiter.<br>The unique pattern is 0x4E (see NOTE below). |
| NOTE—The ASCII value of the character 'N' was chosen as the unique pattern for the value in the Delimiter Signature field. | | |

# US Pat. No. 7,593,428 Claim 14

<table>
<tr><th>Claim 14</th><th>Schneider Electric EcoStruxure Panel Server</th></tr>
<tr><td></td><td>
Table 9-423—MPDU delimiter fields (DMG)
<table>
<tr><th>MPDU Delimiter field</th><th>Size (bits)</th><th>Description</th></tr>
<tr><td>Reserved</td><td>3</td><td></td></tr>
<tr><td>MPDU Length</td><td>13</td><td>Length of MPDU in octets</td></tr>
<tr><td>CRC</td><td>8</td><td>8-bit CRC on preceding 16 bits</td></tr>
<tr><td>Delimiter Signature</td><td>8</td><td>Pattern that can be used to detect an MPDU delimiter when scanning for a delimiter. The unique pattern is 0x4E.</td></tr>
</table>
Source: IEEE 802.11- 2016, Page 1289 of 3532
</td></tr>
<tr><td>performing a first checksum calculation upon the selected first portion and</td><td>Defendant’s Accused Products include and/or utilize functionality for selecting a first portion of the data to be protected by a first checksum.<br><br>For example, IEEE 802.11 standards define that an A-MPDU consists of a sequence of one or more A-MPDU subframes, including A-MPDU subframe 1, where each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. The MPDU delimiter includes fields such as Reserved, MPDU Length, and CRC, and the MPDU delimiter CRC field is an 8-bit CRC value used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC is generated based on the protected bits, indicating that within A-MPDU subframe 1, specific fields of the data are selected for protection by the CRC. This demonstrates selecting a first portion of the data (A-MPDU subframe 1) to be protected by a first checksum.</td></tr>
</table>

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
| --- | --- |

**7.4a.1 A-MPDU format**

An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 7-101o.

**Figure 7-101o—A-MPDU format**

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter is defined in Figure 7-101p.

**Figure 7-101p—A-MPDU subframe format**

**7.4a.2 MPDU delimiter CRC field**

The MPDU delimiter CRC field is an 8-bit CRC value. It is used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC field is the ones complement of the remainder generated by the modulo 2 division of the protected bits by the polynomial $x^8 + x^2 + x^1 + 1$, where the shift-register state is preset to all ones.

NOTE—The order of transmission of bits within the CRC field is defined in 7.1.1.

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
| --- | --- |
| | Source : IEEE 802.11n- 2009, Page 88, 89 of 502<br><br>The purpose of the MPDU delimiter is to locate the MPDUs within the A-MPDU so that the structure of the A-MPDU can usually be recovered when one or more MPDU delimiters are received with errors. See O.2 for a description of a deaggregation algorithm.<br><br>Figure 9-747 illustrates the CRC calculation for the MPDU delimiter.<br><br><br><br>**Figure 9-747—MPDU delimiter CRC calculation**<br><br>Source : IEEE 802.11- 2016, Page 1290 of 3532 |
| performing at least a second checksum calculation upon the selected second portion; and | Defendant's Accused Products include and/or utilize functionality for performing at least a second checksum calculation upon the selected second portion.<br><br>For example, IEEE 802.11 standards define that an A-MPDU consists of a sequence of one or more A-MPDU subframes, including A-MPDU subframe 2, where each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. The MPDU delimiter includes a CRC field, and the MPDU delimiter CRC field is an 8-bit |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
| --- | --- |
| | CRC value used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC is generated as the ones complement of the remainder generated by the modulo 2 division of the protected bits, and CRC calculation is illustrated for the MPDU delimiter. The presence of a CRC field and corresponding CRC calculation for A-MPDU subframe 2 demonstrates performing a checksum calculation upon the selected second portion (A-MPDU subframe 2).  |

7.4a.1 A-MPDU format
An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 7-101o.
A-MPDU subframe 1
A-MPDU subframe 2
…
A-MPDU subframe n
Octets:
variable
variable
variable
Figure 7-101o—A-MPDU format
The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter is defined in Figure 7-101p.
Bits:
B0 B3
B4 B15
B16 B23
B24 B31
Reserved
MPDU length
CRC
Delimiter Signature
MPDU
Pad
MPDU Delimiter
Octets:
4
Variable
0–3
Figure 7-101p—A-MPDU subframe format

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
|---|---|
| | **7.4a.2 MPDU delimiter CRC field**<br><br>The MPDU delimiter CRC field is an 8-bit CRC value. It is used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC field is the ones complement of the remainder generated by the modulo 2 division of the protected bits by the polynomial $x^8 + x^2 + x^1 + 1$, where the shift-register state is preset to all ones.<br><br>NOTE—The order of transmission of bits within the CRC field is defined in 7.1.1.<br><br>Source : IEEE 802.11n- 2009, Page 88, 89 of 502<br><br>The purpose of the MPDU delimiter is to locate the MPDUs within the A-MPDU so that the structure of the A-MPDU can usually be recovered when one or more MPDU delimiters are received with errors. See O.2 for a description of a deaggregation algorithm.<br><br>Figure 9-747 illustrates the CRC calculation for the MPDU delimiter. |

**Figure 9-747—MPDU delimiter CRC calculation**

Source : IEEE 802.11- 2016, Page 1290 of 3532

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
|---|---|
| formatting the data into a packet-formatted data packet, wherein the packet-formatted data packet comprises the selected first portion, indicia associated with the first checksum calculation, the selected second portion, and indicia associated with the second checksum calculation. | Defendant's Accused Products include and/or utilize functionality for formatting the data into a packet-formatted data packet, wherein the packet-formatted data packet comprises the selected first portion, indicia associated with the first checksum calculation, the selected second portion, and indicia associated with the second checksum calculation.<br><br>For example, IEEE 802.11 standards define that an aggregate medium access control (MAC) protocol data unit (A-MPDU) consists of a sequence of one or more A-MPDU subframes, including A-MPDU subframe 1 and A-MPDU subframe 2, thereby forming a structured data unit for transmission. Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU, where the MPDU delimiter includes fields such as Reserved, MPDU Length, CRC, and Delimiter Signature. The CRC field is an 8-bit CRC value used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields, and CRC calculation is performed for each MPDU delimiter. Accordingly, the A-MPDU structure includes multiple subframes (e.g., A-MPDU subframe 1 and A-MPDU subframe 2) as portions of data, along with corresponding CRC fields within each MPDU delimiter as indicia associated with checksum calculations, thereby demonstrating formatting the data into a packet-formatted data packet comprising the selected first portion, indicia associated with the first checksum calculation, the selected second portion, and indicia associated with the second checksum calculation.<br><br>**A-MPDU**<br><br>Another method of frame aggregation is A-MPDU, where several MPDUs are combined into a single frame for transmission. Each MPDU of A-MPDU has the same receiver address and data payload and each MPDU is encrypted using the CCMP encryption method. Similar to A-MSDU, each MPDU within the A-MPDU must be of the same 802.11e QoS access category. A-MPDU has more overhead than A-MSDU because each MPDU contains a MAC header and trailer details. |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
| --- | --- |
| | <br>Source : https://www.cwnp.com/802.11-mac-series-ndash-basics-mac-architecture-ndash-part-1-3/<br><br>**3.227 aggregate medium access control (MAC) protocol data unit (A-MPDU):** A structure containing multiple MPDUs, transported as a single physical layer convergence procedure (PLCP) service data unit (PSDU) by the physical layer (PHY).<br>Source : IEEE 802.11n- 2009, Page 2 of 502<br><br>**aggregate medium access control (MAC) protocol data unit (A-MPDU) subframe:** A portion of an A-MPDU that contains a delimiter and optionally contains an MPDU plus any necessary padding.<br>Source : IEEE 802.11- 2016, Page 129 of 3532 |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
| --- | --- |
| | **7.4a Aggregate MPDU (A-MPDU)**<br><br>**7.4a.1 A-MPDU format**<br><br>An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 7-101o.<br><br>Octets: A-MPDU subframe 1 (variable) \| A-MPDU subframe 2 (variable) \| … \| A-MPDU subframe n (variable)<br><br>**Figure 7-101o—A-MPDU format**<br><br>Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. Except when an A-MPDU subframe is the last one in an A-MPDU, padding octets are appended to make each A-MPDU subframe a multiple of 4 octets in length. The A-MPDU maximum length is 65 535 octets. The length of an A-MPDU addressed to a particular STA may be further constrained as described in 9.7d.2.<br><br>Source : IEEE 802.11n- 2009, Page 88 of 502 |

# US Pat. No. 7,593,428 Claim 14

| Claim 14 | Schneider Electric EcoStruxure Panel Server |
|---|---|
| | (see content below) |

| | MPDU delimiter | MPDU | Padding |
|---|---|---|---|
| Octets: | 4 | variable | 0–3 |

**Figure 9-743—A-MPDU subframe format**

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter when transmitted by a non-DMG STA is defined in Figure 9-744. The structure of the MPDU Delimiter field when transmitted by a DMG STA is shown in Figure 9-745.

| | B0 | B1 | B2 B15 | B16 B23 | B24 B31 |
|---|---|---|---|---|---|
| | EOF | Reserved | MPDU Length | CRC | Delimiter Signature |
| Bits: | 1 | 1 | 14 | 8 | 8 |

**Figure 9-744—MPDU delimiter (non-DMG)**

| Field | Size (bits) | Description |
|---|---|---|
| EOF | 1 | End of frame indication. Set to 1 in an A-MPDU subframe that has 0 in the MPDU Length field and that is used to pad the A-MPDU in a VHT PPDU as described in 10.13.6. Set to 1 in the MPDU delimiter of a VHT single MPDU as described in 10.13.7. Set to 0 otherwise. |
| Reserved | 1 | |
| MPDU Length | 14 | Length of the MPDU in octets. Set to 0 if no MPDU is present. An A-MPDU subframe with 0 in the MPDU Length field is used as defined in 10.13.3 to meet the minimum MPDU start spacing requirement and also to pad the A-MPDU to fill the available octets in a VHT PPDU as defined in 10.13.6. |
| CRC | 8 | 8-bit CRC of the preceding 16 bits. |

Source : IEEE 802.11- 2016, Page 1288, 1289 of 3532