# **EXHIBIT D**

Evidence of Use Chart for U.S. Patent No. 8,972,576

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| 1. A method for establishing a relationship between a mobile device and a server in a network, comprising; | Defendant Schneider Electric ("Schneider" or "Defendant") manufactures, uses (including through testing), sells, and/or offers for sale, and instructs end users to use the Wiser smart home ecosystem, including the Wiser Home application, Wiser Hub, and connected devices such as the Wiser Temperature/Humidity Sensor (collectively, the "Accused Products"), which enable users to integrate, connect, and control smart devices within a networked home environment.<br><br>Within the Wiser Home system, a user installs and accesses the Wiser Home application on a smartphone, which serves as an interface enabling interaction with the system, and connects to the Wiser Hub, which operates as a central server within the network. The user creates and logs into a Wiser Home account to access system functionality. Through the application, the user can add and manage devices and integrate new devices, such as the Wiser Temperature/Humidity Sensor (mobile device), into the network through an automatic scanning and pairing process. During operation, such devices communicate with the Wiser Hub to be discovered, added, and configured, thereby establishing a relationship between the device and the server within the network. Accordingly, the Wiser Home application operates as an interface facilitating the method, while the Wiser Hub (server) and the connected wireless devices (mobile devices) operate within a network to establish and maintain a communication relationship, consistent with the claimed method. |

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | <br><br>Source : https://play.google.com/store/apps/details?id=com.schneider_electric.WiserHeat&hl=en_us |

Case 2:26-cv-00334-JRG-RSP     Document 1-4     Filed 04/23/26     Page 4 of 26 PageID #: 100

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---------|-----------------------------------------------|
|         | Source : https://www.productinfo.schneider-electric.com/wiser_eu/wiser-temperature-humidity-sensor_device-user-guide_wiser_se/English/Wiser_Temperature_Humidity_Wiser_SE_Sensor_Device%20user%20guide.pdf<br>Page 1 of 22<br><br>**2. How Does It Work?**<br><br>The Wiser Home app operates by connecting your smartphone or tablet to the Wiser Hub, the central device that communicates with all compatible smart devices in your home. This connection allows you to:<br><br>• **Add and Manage Devices:** Easily integrate new devices into your system and organize them by rooms or categories for streamlined control.<br>• **Set Preferences:** Customize settings for individual devices or groups, tailoring the system to your lifestyle and preferences.<br>• **Access Remotely:** Control and monitor your home from anywhere with an internet connection, providing peace of mind and flexibility.<br><br>**3. How to Make It Work?**<br><br>To set up your Wiser Home app and integrate it with your Wiser 2nd Generation system, follow these steps:<br><br>• **Create a Wiser Home Account:**<br><br>    1. Open the Wiser Home app and tap "Get Started."<br>    2. Select "Home Owner" when prompted.<br>    3. Enter your name, valid email address, and create a secure password following the app's guidelines.<br>    4. Verify your account by clicking the confirmation link sent to your email.<br>      Note: A Wiser Home account is essential for accessing all features of the Wiser Home app and ensuring secure control of your smart home system. |

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
|  | Source : https://schneider-electric.zendesk.com/hc/en-gb/articles/27766547325341-Homeowner-set-up-app-journey-how-to-register |

4

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
| --- | --- |
|  | ## Wiser Temperature/Humidity Sensor<br><br>CLP593011<br><br>## About the device<br><br>The Wiser Temperature/Humidity sensor (hereinafter referred to as **sensor**) combines two sensors in one unit. The sensor measures temperature and humidity in the environment where the sensor is installed. When the sensor is connected to the **Wiser Hub**, it reports the temperature and humidity data to the **Wiser Hub**.<br><br>The sensor triggers other Wiser devices (such as turning on an air conditioner if the temperature is high or turning on an exhaust fan if the humidity is high) through automation.<br><br>**Features of the sensor:**<br><br>• Detect temperature and humidity in the environment and passes the information to the **Wiser Hub**.<br><br>• Sends the battery level and offline device status information to the **Wiser Hub**.<br><br>## Pairing the device<br><br>Using the Wiser app, pair your device with the **Wiser Hub** to access and control the device. You can either add the device manually or do an auto-scan to pair it. |

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
|  | Source : https://www.productinfo.schneider-electric.com/wiser_eu/wiser-temperature-humidity-sensor_device-user-guide_wiser_se/English/Wiser_Temperature_Humidity_Wiser_SE_Sensor_Device%20user%20guide.pdf<br>Page 6 of 22<br><br>Additional accused products include the Wiser by SE App and Wiser-compatible connected devices such as the Wiser IR Converter, Wiser Window/Door Sensor, Wiser Micro Module Light Switch, Wiser Smoke Alarm, Odace Connected Blind Control Switch, and SE Garage Door Control, among others. These devices are onboarded through the Wiser Home app or the Wiser by SE App using the same auto-scan pairing and device discovery process described above. During this process, the mobile device communicates with the Wiser Hub to discover, add, and configure such devices, thereby establishing a communication relationship between the mobile device and the server within the network.<br><br>**Wiser by SE**<br>About this app ✕<br><br>Welcome to your new Smart Home from Wiser!<br>Wiser by SE app provides you a best in class smart home experience. From your smart phone you can manage lighting, shutter, as well as electrical appliances.<br>Personalize your home by setting the status you want even remotely, editing your own schedules or creating moments & automations. |

6

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | <br><br>Source : https://play.google.com/store/apps/details?id=com.schneiderelectric.WiserBySE&hl=en_IN |

7

Case 2:26-cv-00334-JRG-RSP    Document 1-4    Filed 04/23/26    Page 9 of 26 PageID #: 105

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---------|-----------------------------------------------|
|  | **Wiser IR Converter**<br><br>CCT501411<br><br>**Pairing the device**<br><br>Using the Wiser app, pair your device with the **Gateway/Hub** to access and control the device. You can either add the device manually or do an auto-scan to pair it.<br><br>Source : https://www.productinfo.schneider-electric.com/wiser_eu/wiser_ir_converter_wiser_se_device-user-guide/English/Wiiser_IR_Converter_Wiser_SE_Device%20user%20guide.pdf<br><br>**Wiser Window/Door Sensor**<br><br>CCT591011 |

8

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | **Pairing the device**<br><br>Using the Wiser app, pair your device with the to access and control the device. You can either add the device manually or do an auto-scan to pair it.<br><br>Source : https://www.productinfo.schneider-electric.com/wiser_eu/wiser-window-door-sensor_wiser_se_device-user-guide/English/Wiser_Window_Door_Sensor_Wiser_SE_Device%20user%20guide.pdf<br><br>**Wiser Smoke Alarm 240 V Square**<br><br>CLP599WSA<br><br>**Pairing the device**<br><br>Using the Wiser app, pair your device with the **Wiser Hub** to access and control the device. You can either add the device manually or do an auto-scan to pair it.<br><br>Source : https://www.productinfo.schneider-electric.com/wse-pacific/wiser-smoke-alarm-240-v-square_pacific_wse_dug_dd00708429/English/Smoke%20Alarm%20240V%20Square_Pacific_WSE_DUG_DD00708429.pdf |

9

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
| --- | --- |
|  | **Wiser Micro Module Light Switch**<br><br>CCT5011-0002<br><br>**Pairing the device with Wiser Gateway**<br><br>Using the Wiser app, first pair your device with the **Wiser Gateway** to access and control the device. You can either add the device manually or do an auto-scan to pair it.<br><br>Source : https://www.productinfo.schneider-electric.com/wiser_eu/wiser-micro-module-light-switch_device-user-guide_wiser-se/English/Wiser_Micro_Module_Light_Switch_Wiser_SE_Device%20user%20guide.pdf |

10

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---------|-----------------------------------------------|
| |  Source : https://www.productinfo.schneider-electric.com/wiser_home/odace-connected-blind-control-switch_wiser_home_device-user-guide/English/Odace%20-%20Connected%20Blind%20Control%20Switch_Wiser_Home_Device%20user%20guide_0000825416.pdf |

11

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
|  | **Application**<br><br>The Wiser Micro Module Switch utilizes voltage free relay contacts and is suitable for a wide range of applications, from lighting to garage door control. It provides smart control from a connected momentary wall switch, the Wiser by SE app or voice command.<br><br>Source: https://download.se.com/files?p_Doc_Ref=998-22851213 |
| (a) detecting the presence of the mobile device; | Defendant's Accused Products include and/or utilize functionality for detecting the presence of a mobile device (i.e., a wireless network-enabled device such as the Wiser Temperature/Humidity Sensor) within a network.<br><br>For example, the Wiser Home app performs an auto scan that automatically discovers devices when the corresponding device is powered on, after which available devices are detected and displayed within the application interface and the device name (e.g., Temperature Humidity Sensor) is identified and selected within the application. The automatically discovered and displayed devices evidence that the system detects the presence of such devices (mobile devices) within the network environment without requiring manual entry of device details, and once the device is detected and displayed within the application, it is made available for addition into the system, thereby evidencing that the presence of the mobile device is automatically detected within the network.<br><br>**Pairing the device**<br><br>Using the Wiser app, pair your device with the **Wiser Hub** to access and control the device. You can either add the device manually or do an auto-scan to pair it. |

12

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | **Pairing device with auto scan**<br><br>Pairing the device with auto scan automatically discovers the device when the corresponding device is powered on.<br><br>1. On the **Home** page, tap **+**.<br><br>2. Tap **Auto scan > Confirm**.<br><br>3. Enable permissions to **Access location** and **Wi-Fi** for scanning device and tap **Start scanning**.<br><br>NOTE: If you have multiple hubs, do Step 4 or proceed to Step 5.<br><br>4. Tap **Select hub** and select the Wiser hub from the slide-up menu.<br><br>5. Short press the setup/reset button 3 times (< 0,5 s) and wait for a few seconds until the device search is complete.<br><br>The LED blinks orange.<br><br>TIP: If you want to pair multiple devices at once, perform step 5 on each device and wait for a few seconds for them to be detected. |

13

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---------|-----------------------------------------------|
|         | 6. Tap **Next** (A) and select **Temperature Humidity Sensor**.<br><br>7. Once the device is added successfully, tap **Done**.<br><br>Source: https://www.productinfo.schneider-electric.com/wiser_eu/wiser-temperature-humidity-sensor_device-user-guide_wiser_se/English/Wiser_Temperature_Humidity_Wiser_SE_Sensor_Device%20user%20guide.pdf<br>Page 7 and 9 of 22<br><br>• **Create a Wiser Home Account:**<br><br>1. Open the Wiser Home app and tap "Get Started."<br>2. Select "Home Owner" when prompted.<br>3. Enter your name, valid email address, and create a secure password following the app's guidelines.<br>4. Verify your account by clicking the confirmation link sent to your email.<br>   Note: A Wiser Home account is essential for accessing all features of the Wiser Home app and ensuring secure control of your smart home system. |

14

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | • Add Devices to Your System:<br><br>1. Navigate to the "Devices" section in the app.<br>2. Tap "Add Device" and select the type of device you wish to add.<br>3. Follow the app's pairing instructions, which may involve pressing a button on the device or scanning a QR code.<br>4. Assign the device to a room and customize its settings as desired.<br><br>Source : https://schneider-electric.zendesk.com/hc/en-gb/articles/27766547325341-Homeowner-set-up-app-journey-how-to-register<br><br>**Pairing the Device:** To pair the Wiser Temperature and Humidity Sensor with your Wiser system or compatible device, please follow these steps:<br><br>1. Ensure that your Wiser system or compatible device is turned on and in pairing mode.<br>2. On the sensor, press and hold the pairing button for 5 seconds until the LED indicator starts flashing.<br>3. Within the Wiser system or compatible device, navigate to the pairing section and search for available devices.<br>4. Select the Wiser Temperature and Humidity Sensor from the list of available devices.<br>5. Follow the on-screen instructions to complete the pairing process.<br>6. Once paired successfully, the sensor will start transmitting temperature and humidity data to your Wiser system or compatible device.<br><br>Source : https://device.report/manual/11616003 |
| (b) in response to determining that the mobile device is unrecognized, automatically notifying a network administrator; | Defendant's Accused Products include and/or utilize functionality for, in response to determining that the mobile device (i.e., a wireless network-enabled device such as the Wiser Temperature/Humidity Sensor) is unrecognized, automatically notifying a network administrator.<br><br>For example, the Wiser Home app performs an auto scan that automatically discovers devices when the corresponding device is powered on, after which devices that are not yet paired or registered with the Wiser Hub are detected and displayed within the application interface as available devices for onboarding. The automatically |

15

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
|  | displayed devices represent unrecognized devices (i.e., a wireless network-enabled device such as the Wiser Temperature/Humidity Sensor) within the network, and the system-driven presentation of such devices within the application interface constitutes an automatic notification of their presence. Further, the Wiser platform enforces role-based access control, wherein only privileged roles such as the Home Owner or Administrator are permitted to add or authorize new devices, while other users have limited access. Accordingly, the automatically surfaced information regarding unrecognized mobile devices is accessible to, and actionable by, the administrator, thereby evidencing that the system automatically notifies a network administrator in response to determining that the mobile device is unrecognized. <br><br> **Pairing the device** <br><br> Using the Wiser app, pair your device with the **Wiser Hub** to access and control the device. You can either add the device manually or do an auto-scan to pair it. <br><br> **Pairing device with auto scan** <br><br> Pairing the device with auto scan automatically discovers the device when the corresponding device is powered on. <br><br> 1. On the **Home** page, tap **+**. <br> 2. Tap **Auto scan > Confirm**. <br> 3. Enable permissions to **Access location** and **Wi-Fi** for scanning device and tap **Start scanning**. <br><br>    NOTE: If you have multiple hubs, do Step 4 or proceed to Step 5. <br><br> 4. Tap **Select hub** and select the Wiser hub from the slide-up menu. <br> 5. Short press the setup/reset button 3 times (< 0,5 s) and wait for a few seconds until the device search is complete. |

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---------|-----------------------------------------------|
| | <br>Source: https://www.productinfo.schneider-electric.com/wiser_eu/wiser-temperature-humidity-sensor_device-user-guide_wiser_se/English/Wiser_Temperature_Humidity_Wiser_SE_Sensor_Device%20user%20guide.pdf<br>Page 7 and 9 of 22 |

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | • **Add Devices to Your System:**<br><br>1. Navigate to the "Devices" section in the app.<br>2. Tap "Add Device" and select the type of device you wish to add.<br>3. Follow the app's pairing instructions, which may involve pressing a button on the device or scanning a QR code.<br>4. Assign the device to a room and customize its settings as desired.<br><br>Source : https://schneider-electric.zendesk.com/hc/en-gb/articles/27766547325341-Homeowner-set-up-app-journey-how-to-register<br><br>**Access levels in the app**<br><br>Home members can perform various tasks in the app, depending on their access level.<br><br>There are 3 access levels in the app:<br>• Home owner<br>    **NOTE:** For each Home, only one Home member can be set as the Home owner.<br>• Administrator<br>• Common member<br><br>**Table:**<br><br>\| Function \| Supported Features \| Home owner \| Administrators \| Common members \|<br>\|---\|---\|---\|---\|---\|<br>\| Manage devices \| Add or delete devices \| Yes \| Yes \| No \|<br>\| \| Configure device feature setting and schedule \| Yes \| Yes \| Yes \|<br>\| \| Change device icon, name and location \| Yes \| Yes \| No \|<br>\| \| Operate device \| Yes \| Yes \| Yes \|<br>\| \| Update device firmware \| Yes \| Yes \| No \|<br>\| \| Receive device alarm notifications \| Yes \| Yes \| Yes \|<br>\| \| 'Device added', 'Device factory restored', 'Receive device alarm' notification \| Yes \| Yes \| Yes \| |

18

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | Source : https://cdn.multitronic.fi/media/7/f/mmo_100326790_1655893220_0019_24236.pdf |
| (c) in response to receiving authorization from the network administrator to establish the relationship, requesting authorization from the mobile device to authorize the establishment of the relationship; and | Defendant's Accused Products include and/or utilize functionality for, in response to receiving authorization from a network administrator to establish a relationship, requesting authorization from the mobile device (i.e., a wireless network-enabled device such as the Wiser Temperature/Humidity Sensor) to authorize the establishment of the relationship.<br><br>For example, the Wiser platform enforces role-based access control, wherein only privileged roles such as the Home Owner or Administrator are permitted to add or authorize new devices within the system, while other users have limited access. Once the administrator initiates the addition of a device, the system attempts to connect to the device through a pairing process. During this process, authorization from the mobile device is required, which is achieved by physically interacting with the device (e.g., pressing a button multiple times) to place the device into a pairing mode that is active for a limited duration. While the device is in pairing mode, it is discoverable and capable of responding to connection requests from the system. The establishment of the connection occurs only if the device responds during this active pairing period, thereby requiring the mobile device to authorize the connection within that timeframe. This interaction, wherein the system attempts to connect and the device must be placed into and remain in pairing mode to respond, constitutes a request for authorization from the mobile device to proceed with establishing the relationship. Accordingly, the system first requires administrator authorization to initiate device addition and subsequently requests authorization from the mobile device being connected to complete the pairing process, thereby evidencing the claimed sequence of authorization. |

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
|  |  |

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | Source: https://www.productinfo.schneider-electric.com/wiser_eu/wiser-temperature-humidity-sensor_device-user-guide_wiser_se/English/Wiser_Temperature_Humidity_Wiser_SE_Sensor_Device%20user%20guide.pdf<br>Page 7 and 9 of 22<br><br>**Access levels in the app**<br><br>Home members can perform various tasks in the app, depending on their access level.<br><br>There are 3 access levels in the app:<br><br>• Home owner<br>  NOTE: For each Home, only one Home member can be set as the Home owner.<br>• Administrator<br>• Common member<br><br>*(table below)*<br><br>Source : https://cdn.multitronic.fi/media/7/f/mmo_100326790_1655893220_0019_24236.pdf |

| Function | Supported Features | Home owner | Administrators | Common members |
|---|---|---|---|---|
| Manage devices | Add or delete devices | Yes | Yes | No |
| | Configure device feature setting and schedule | Yes | Yes | Yes |
| | Change device icon, name and location | Yes | Yes | No |
| | Operate device | Yes | Yes | Yes |
| | Update device firmware | Yes | Yes | No |
| | Receive device alarm notifications | Yes | Yes | Yes |
| | 'Device added', 'Device factory restored', 'Receive device alarm' notification | Yes | Yes | Yes |

21

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | **Pairing** <table><thead><tr><th>Device</th><th>User Action</th><th>LED Indication</th><th>Status</th></tr></thead><tbody><tr><td>Sensors, Dimmers, Switches, Motion sensor dimmer, Blinds control</td><td>Press the push button 3 times</td><td>LED blinks orange, once per second.</td><td>Pairing mode is active for 30 seconds. When pairing is completed, LED displays solid green for a time, before turning Off.</td></tr></tbody></table> Source : https://cdn.multitronic.fi/media/7/f/mmo_100326790_1655893220_0019_24236.pdf |
| (d) establishing the relationship between the mobile device and the network in response to receiving the authorization from the mobile device, such that no additional configuration is required by the mobile device to communicate over the network once the relationship has been established. | Defendant's Accused Products include and/or utilize functionality for establishing the relationship in response to receiving authorization from the mobile device (i.e., a wireless network-enabled device such as the Wiser Temperature/Humidity Sensor),  such that no additional configuration is required by the mobile device to communicate over the network once the relationship has been established.<br><br>For example, during the pairing process in the Wiser Home app, once a device is placed into pairing mode by physically interacting with the device (e.g., pressing the push button multiple times), the device becomes discoverable and capable of responding to the system's connection request. The application, after initiating the device discovery process (e.g., auto scan), detects the device and proceeds with establishing a connection only when the device is actively in pairing mode and responsive. The evidence shows that the device enters a pairing mode for a limited duration, during which it can communicate with the application, and the pairing is completed successfully only when the device responds within this active period, as indicated by the status change upon completion. This successful pairing reflects that the system establishes the relationship only after receiving the required authorization from the mobile device. Accordingly, the establishment of the connection between the application (serving as an interface) and the mobile device occurs in direct response to the mobile device's authorization, thereby satisfying the claimed functionality. |

22

# US Pat. No. 8,972,576 Claim 1

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
| | **Pairing the device**<br><br>Using the Wiser app, pair your device with the **Wiser Hub** to access and control the device. You can either add the device manually or do an auto-scan to pair it.<br><br>Source : https://www.productinfo.schneider-electric.com/wiser_eu/wiser-temperature-humidity-sensor_device-user-guide_wiser_se/English/Wiser_Temperature_Humidity_Wiser_SE_Sensor_Device%20user%20guide.pdf<br><br>**Pairing device with auto scan**<br><br>Pairing the device with auto scan automatically discovers the device when the corresponding device is powered on.<br><br>1. On the **Home** page, tap **+**.<br>2. Tap **Auto scan > Confirm**.<br>3. Enable permissions to **Access location** and **Wi-Fi** for scanning device and tap **Start scanning**.<br>   NOTE: If you have multiple hubs, do Step 4 or proceed to Step 5.<br>4. Tap **Select hub** and select the Wiser hub from the slide-up menu.<br>5. Short press the setup/reset button 3 times (< 0,5 s) and wait for a few seconds until the device search is complete. |

23

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
|---|---|
|  |  Source: https://www.productinfo.schneider-electric.com/wiser_eu/wiser-temperature-humidity-sensor_device-user-guide_wiser_se/English/Wiser_Temperature_Humidity_Wiser_SE_Sensor_Device%20user%20guide.pdf <br> Page 7 and 9 of 22 |

24

| Claim 1 | Schneider Electric Wiser smart-home ecosystem |
| --- | --- |
| | |

| Function | Supported Features | Home owner | Administrators | Common members |
| --- | --- | --- | --- | --- |
| Manage devices | Add or delete devices | Yes | Yes | No |
| | Configure device feature setting and schedule | Yes | Yes | Yes |
| | Change device icon, name and location | Yes | Yes | No |
| | Operate device | Yes | Yes | Yes |
| | Update device firmware | Yes | Yes | No |
| | Receive device alarm notifications | Yes | Yes | Yes |
| | 'Device added', 'Device factory restored', 'Receive device alarm' notification | Yes | Yes | Yes |

Source : https://cdn.multitronic.fi/media/7/f/mmo_100326790_1655893220_0019_24236.pdf

## Pairing

| Device | User Action | LED Indication | Status |
| --- | --- | --- | --- |
| Sensors, Dimmers, Switches, Motion sensor dimmer, Blinds control | Press the push button 3 times | LED blinks orange, once per second. | Pairing mode is active for 30 seconds. When pairing is completed, LED displays solid green for a time, before turning Off. |

Source : https://cdn.multitronic.fi/media/7/f/mmo_100326790_1655893220_0019_24236.pdf

25