# **EXHIBIT E**

Evidence of Use Chart for U.S. Patent No. 9,008,055

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
| 1. A method for automatically providing remote services for a mobile device having an established relationship with a server of a home network, comprising: | Defendant Schneider Electric manufactures, uses, sells, offers for sale, and provides instructions for using the EcoStruxure IT system, including the EcoStruxure IT mobile application, EcoStruxure IT Gateway, the cloud-based Data Center Infrastructure Management (DCIM) platform, and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing (collectively, the "Accused Products").<br><br>The Accused Products operate such that a user installs the EcoStruxure IT mobile application on a mobile device and authenticates using account credentials associated with the cloud platform. At a monitored site, the EcoStruxure IT Gateway is configured to connect infrastructure devices and transmit operational data to the cloud-based platform. Following authentication and system configuration, the mobile application communicates with the cloud platform to access device data associated with the user's account, thereby establishing an ongoing association between the mobile device and the platform. The mobile application further enables users to remotely monitor infrastructure and receive notifications, including alarm notifications and condition-based alerts generated from live monitoring data.<br><br>Accordingly, the EcoStruxure IT mobile application operates on a mobile device and constitutes the claimed "mobile device." The cloud-based DCIM platform functions as a server that receives and manages data from devices within the monitored site network, which corresponds to the claimed "home network," and therefore constitutes the claimed "server of a home network." Additionally, the alarm notifications and smart alerts provided to the mobile application constitute the claimed "remote services," as they are generated by the server and delivered to the mobile device in response to monitored conditions. |

1

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---------|-------------------------------------------------------------------------------|
|         | **EcoStruxure IT** — About this app  ✕<br><br>EcoStruxure IT enables IT users to mitigate and anticipate risk of failure of their critical infrastructure while reducing operational expenses delivered through on built on an open, vendor-agnostic platform. Our global footprint and domain expertise in IT infrastructure enable you to gain the right visibility, insights, 24/7 expert remote monitoring, and on-site support.<br><br>EcoStruxure IT app keeps you informed of the health of your critical infrastructures even the most remote, sends you alarm notification in the event of an issue, and provides you with the right insights to quickly resolve it.<br><br>Key benefits:<br>- Global visibility across the hybrid ecosystem from anywhere<br>- Device information, smart alarms and monitoring insights from all devices regardless of vendor<br>- Live sensor data from your physical equipment<br>- Real-time notifications of critical events for fast problem resolution<br>- Automatically track incidents including status, chat collaboration, and history<br>- Option to select 24/7 expert monitoring, remote troubleshooting, and dispatch services<br>- Chat with your own team and Schneider Electric's experts<br><br>The EcoStruxure IT app is currently available in 10 languages:English, French, Spanish,Italian, German, Russian, Chinese Traditional, Korean, Japanese and Brazilian Portuguese<br><br>The EcoStruxure IT app requires download, configuration and setup of EcoStruxure IT Gateway via: www.ecostruxureit.com<br><br>Source : https://play.google.com/store/apps/details?hl=en_us&id=com.schneiderelectric.remoteOn<br><br>EcoStruxure IT From Schneider Electric |

2

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
|  | EcoStruxure IT is a cloud-based Data Center Infrastructure Management (DCIM) software platform that provides insight into the status of your data center, network closets and branch IT infrastructure. <br><br> The vendor-neutral architecture delivers proactive insights on critical assets that impact the health and availability of an IT environment with the ability to deliver actionable real-time recommendations to optimize infrastructure performance and mitigate risk. <br><br> **EcoStruxure IT Values Cybersecurity** <br><br> The EcoStruxure IT platform is protected with mandatory two-factor authentication and high encryption standards. Your data is securely transported to the platform with the EcoStruxure Gateway, which uses an outbound-only connection to ensure no one can compromise your environment. EcoStruxure IT only uses machine data to optimize your experience with the platform, guaranteeing the confidentiality of personal data. <br><br> **Components** <br><br> • EcoStruxure IT Gateway – Free software that communicates with your monitored devices, gathering and sending device data for smart alarm notification. <br> • EcoStruxure IT App – Free smartphone app that keeps you informed of the health of your critical infrastructure and provides you with alarm notification in the event of an issue. <br> • Web interface – The multi-site remote management web interface provides an overview of your entire physical infrastructure, including lights out sites, with detailed insights, assessments, alarms, and ability to benchmark your assets. <br><br> The platform foundation starts with EcoStruxure IT and builds with a series of scalable services such as monitoring software, planning and modeling software, remote monitoring services, monitoring and dispatch services, and custom solutions. Pay for only what your facility requires. <br><br> Source : https://www.power-solutions.com/services/dcim-systems/ecostruxure-it-from-schneider-electric/ |

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
| | **"Services"**: means the EcoStruxure IT cloud-based services which are described in the Services Description and which comprise the provision by Schneider Electric to the User of the access to the Platform with the right to use the Application hosted therein subject to and in accordance with these Terms & Conditions.<br><br>**"Services Description":** means the cloud-enabled remote monitoring of the Connected Devices that consists in tracking and as the case may be the remote remediation of on-site incidents in such devices or infrastructures' power supply, including through User's defined notification rules, by delivering live monitoring data and sending smart alarms related to the connected devices and/or infrastructures to the Users having downloaded the EcoStruxure IT Mobile Application.  This description is complementary to the functional description of the Services as set forth on the landing pages and drop menus of the Platform giving access to the Services, and as applicable in Statement(s) of Work and/or Service Contract(s) between Schneider Electric and End-Customer, as such page(s), drop menu(s), Statement(s) of Work and Service Contract(s) may be updated from time to time by Schneider Electric or between Schneider Electric and End-Customer. In case of any conflict between the description of the Services stated in these Terms & Conditions on the one hand, and on the other hand the description stated on the Platform and/or, as applicable, in any Statement(s) of Work or Service Contract(s), the description set forth in the latter description shall prevail.<br><br>Source :   https://ecostruxureit.com/wp-content/uploads/EcoStruxure-IT-BtoB-TC-Cloud-based-Services-20190506-.pdf |

4

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
|  |  |

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---------|---------------------------------------------------------------------------------|
| | <br><br>Source :   https://www.youtube.com/watch?v=jKy1uyMvzKQ<br><br>Source :   https://community.se.com/t5/Gateway-software-installation-and/Installing-and-setting-up-EcoStruxure-IT-Gateway/ta-p/447040 |

6

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---------|------------------------------------------------------------------------------|
| |  |

7

Case 2:26-cv-00334-JRG-RSP    Document 1-5    Filed 04/23/26    Page 9 of 23 PageID #: 131

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
| | Source :   https://community.se.com/t5/Gateway-software-installation-and/Installing-the-EcoStruxure-IT-mobile-app/ta-p/447043 |
| receiving, by the server, information that was stored in the mobile device when the established relationship was established when the mobile device establishes an Internet connection through a local network that is separate and remote from the home network, | Defendant Schneider Electric's Accused Products, including the EcoStruxure IT mobile application and associated cloud-based platform, include functionality for receiving, by a server, information associated with a mobile device when an established relationship exists and when the mobile device connects to the Internet through a network separate from the monitored site network.<br><br>In operation, a user installs the EcoStruxure IT mobile application and creates an account, after which the user authenticates with the cloud-based platform using login credentials. This authentication process associates the mobile device with the user's account and establishes an ongoing relationship between the mobile device and the cloud platform. The mobile application stores and utilizes user-related information, including account credentials, device identifiers, and usage data, which are transmitted to the cloud-based platform during authentication and subsequent application use. The cloud platform receives this information to authenticate the user and to provide access to infrastructure monitoring data associated with the account. Additionally, the EcoStruxure IT system enables users to access monitoring data and receive alerts "from anywhere," indicating that the mobile application communicates with the cloud platform over the Internet, including via networks external to the monitored site network where the EcoStruxure IT Gateway is deployed. Such external networks include, for example, cellular networks or remote Wi-Fi networks that are separate from the local site network.<br><br>Accordingly, the cloud-based platform constitutes a server that receives information from the mobile device in the context of an established relationship, and such receipt occurs when the mobile device connects to the Internet through a network separate from the monitored site network, as required by the claimed limitation. |

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
|  |  |

9

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
| | Source : https://community.se.com/t5/Gateway-software-installation-and/Installing-the-EcoStruxure-IT-mobile-app/ta-p/447043  Source : https://apps.apple.com/us/app/ecostruxure-it/id1056273610 **"Platform":** means the EcoStruxure IT cloud-based platform hosting the Application the access to and the use of which is made available by Schneider Electric as part of the Services in accordance with these Terms & Conditions. |

10

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---------|-------------------------------------------------------------------------------|
| | 4.7 You are and shall remain solely and fully responsible for the availability, the proper functioning and cyber-security of the internet connection equipment, services and network you use to connect to the Platform and to make use of the Application and the Services.<br><br>Source : https://ecostruxureit.com/wp-content/uploads/EcoStruxure-IT-BtoB-TC-Cloud-based-Services-20190506-.pdf<br><br>**EcoStruxure IT**  ✕<br>About this app<br><br>EcoStruxure IT enables IT users to mitigate and anticipate risk of failure of their critical infrastructure while reducing operational expenses delivered through on built on an open, vendor-agnostic platform. Our global footprint and domain expertise in IT infrastructure enable you to gain the right visibility, insights, 24/7 expert remote monitoring, and on-site support.<br><br>EcoStruxure IT app keeps you informed of the health of your critical infrastructures even the most remote, sends you alarm notification in the event of an issue, and provides you with the right insights to quickly resolve it. |

11

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
|  | Key benefits:<br>- Global visibility across the hybrid ecosystem from anywhere<br>- Device information, smart alarms and monitoring insights from all devices regardless of vendor<br>- Live sensor data from your physical equipment<br>- Real-time notifications of critical events for fast problem resolution<br>- Automatically track incidents including status, chat collaboration, and history<br>- Option to select 24/7 expert monitoring, remote troubleshooting, and dispatch services<br>- Chat with your own team and Schneider Electric's experts<br><br>The EcoStruxure IT app is currently available in 10 languages:English, French, Spanish,Italian, German, Russian, Chinese Traditional, Korean, Japanese and Brazilian Portuguese<br><br>The EcoStruxure IT app requires download, configuration and setup of EcoStruxure IT Gateway via: www.ecostruxureit.com<br><br>Source : https://play.google.com/store/apps/details?hl=en_us&id=com.schneiderelectric.remoteOn<br><br>• Prerequisites<br>• Sign up and create an EcoStruxure IT account<br>• Links to instructions for installing the Gateway on Windows or Linux<br>• Configure device credentials<br>• Discover devices<br>• Register and connect the Gateway to EcoStruxure IT<br><br>Source :   https://community.se.com/t5/Gateway-software-installation-and/Installing-and-setting-up-EcoStruxure-IT-Gateway/ta-p/447040 |

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
| wherein establishing the established relationship includes allowing the user to set preferences that identifies at least one service that is automatically performed between the mobile device and the server when a connection is made; and | Defendant Schneider Electric's Accused Products, including the EcoStruxure IT system, include functionality wherein establishing a relationship between a mobile device and a server includes allowing a user to set preferences that identify at least one service that is automatically performed between the mobile device and the server when a connection is made.<br><br>In operation, a user installs the EcoStruxure IT mobile application, authenticates with the cloud-based platform, and configures system settings associated with the user's account. As part of this configuration, the platform provides user-defined notification rules, including the ability to set alert thresholds, notification policies, and conditions for monitored infrastructure. These user-defined settings constitute preferences that specify the types of services to be performed by the system. For example, users can configure the system to generate and deliver alarm notifications, smart alerts, and incident notifications based on predefined conditions associated with infrastructure performance. Once these preferences are configured and the relationship between the mobile device and the cloud platform is established, the system automatically performs the identified services upon connection. Specifically, when monitored conditions satisfy configured thresholds, the cloud-based platform generates alerts and transmits corresponding notifications to the mobile application without requiring further user input.<br><br>Accordingly, the user-defined notification rules identify at least one service—namely, the generation and delivery of alerts and notifications—that is automatically performed between the server and the mobile device when a connection is established, as required by the claimed limitation. |

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
| | EcoStruxure IT<br>About this app<br><br>EcoStruxure IT enables IT users to mitigate and anticipate risk of failure of their critical infrastructure while reducing operational expenses delivered through on built on an open, vendor-agnostic platform. Our global footprint and domain expertise in IT infrastructure enable you to gain the right visibility, insights, 24/7 expert remote monitoring, and on-site support.<br><br>EcoStruxure IT app keeps you informed of the health of your critical infrastructures even the most remote, sends you alarm notification in the event of an issue, and provides you with the right insights to quickly resolve it.<br><br>Key benefits:<br>- Global visibility across the hybrid ecosystem from anywhere<br>- Device information, smart alarms and monitoring insights from all devices regardless of vendor<br>- Live sensor data from your physical equipment<br>- Real-time notifications of critical events for fast problem resolution<br>- Automatically track incidents including status, chat collaboration, and history<br>- Option to select 24/7 expert monitoring, remote troubleshooting, and dispatch services<br>- Chat with your own team and Schneider Electric's experts<br><br>The EcoStruxure IT app is currently available in 10 languages:English, French, Spanish,Italian, German, Russian, Chinese Traditional, Korean, Japanese and Brazilian Portuguese<br><br>The EcoStruxure IT app requires download, configuration and setup of EcoStruxure IT Gateway via: www.ecostruxureit.com<br><br>Source : https://play.google.com/store/apps/details?hl=en_us&id=com.schneiderelectric.remoteOn<br><br>Alarms |

14

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
|  | In the EcoStruxure IT app you can see an overview of active and cleared alarms. For devices subscribed to Asset Advisor, you can also see incident status, chat, and history. Alarms that occur on monitored devices are of severity level: critical or warning.<br><br>Alarms with both levels will be shown in the EcoStruxure IT app, but only critical alarms on devices subscribed to Asset Advisor will generate push notifications.<br><br>The alarm severity level is defined either:<br>• On the device itself (e.g. UPS)<br>• In the EcoStruxure IT Gateway<br><br>**Status**<br>The **Alarms** tab in the app displays active and cleared alarms and provides a quick overview of creation date, type of alarm, status and which device the alarm is coming from.<br>Select an alarm to access the device information.<br>Tap **Incidents** to view active and solved incidents for devices subscribed to Asset Advisor.<br>**Alarm notification**<br>You can select to enable or disable alarm notifications to define if you want to be notified of new alarms.<br><br>There are two types of alarm notifications:<br>• **A generic alarm notification**<br>  Alarms are bundled and sent every five minutes.<br><br>• **An instant push notification for critical alarms on devices subscribed to Asset Advisor**<br>  When a critical alarm occurs on a subscribed device, it will automatically create an incident. You can access the incident from the notification or tap **Incidents** in the app.<br><br>Source : https://community.se.com/t5/EcoStruxure-IT-app/Alarms/ta-p/447120 |

15

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
| | 4.7 You are and shall remain solely and fully responsible for the availability, the proper functioning and cyber-security of the internet connection equipment, services and network you use to connect to the Platform and to make use of the Application and the Services.<br><br>**"Platform":** means the EcoStruxure IT cloud-based platform hosting the Application the access to and the use of which is made available by Schneider Electric as part of the Services in accordance with these Terms & Conditions.<br><br>**"Services":** means the EcoStruxure IT cloud-based services which are described in the Services Description and which comprise the provision by Schneider Electric to the User of the access to the Platform with the right to use the Application hosted therein subject to and in accordance with these Terms & Conditions.<br><br>**"Services Description":** means the cloud-enabled remote monitoring of the Connected Devices that consists in tracking and as the case may be the remote remediation of on-site incidents in such devices or infrastructures' power supply, including through User's defined notification rules, by delivering live monitoring data and sending smart alarms related to the connected devices and/or infrastructures to the Users having downloaded the EcoStruxure IT Mobile Application. This description is complementary to the functional description of the Services as set forth on the landing pages and drop menus of the Platform giving access to the Services, and as applicable in Statement(s) of Work and/or Service Contract(s) between Schneider Electric and End-Customer, as such page(s), drop menu(s), Statement(s) of Work and Service Contract(s) may be updated from time to time by Schneider Electric or between Schneider Electric and End-Customer. In case of any conflict between the description of the Services stated in these Terms & Conditions on the one hand, and on the other hand the description stated on the Platform and/or, as applicable, in any Statement(s) of Work or Service Contract(s), the description set forth in the latter description shall prevail.<br><br>Source :    https://ecostruxureit.com/wp-content/uploads/EcoStruxure-IT-BtoB-TC-Cloud-based-Services-20190506-.pdf |

16

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
| if the mobile device is recognized through the received information, automatically activating at least one function within the server to initiate a transfer of data between the mobile device and the server through the local network. | Defendant's Accused Products include and/or utilize functionality wherein establishing the established relationship includes allowing the user to set preferences that identify at least one service that is automatically performed between the mobile device and the server when a connection is made, and wherein the mobile device is recognized through the received information.<br><br>In operation, a user installs and logs into the EcoStruxure IT mobile application using account credentials associated with the cloud-based platform. During this process, the mobile application transmits user credentials, device identifiers, and related account information to the cloud platform. The cloud platform uses this received information to authenticate the user and associate the mobile device with a corresponding account, thereby recognizing the mobile device. The platform further allows users to configure preferences, including enabling or disabling alarm notifications, defining alert thresholds, and specifying notification policies for monitored infrastructure. These user-defined settings identify the types of services to be performed, including the generation and delivery of alerts, smart alarms, and incident notifications. Once the relationship is established and the mobile device is recognized based on the received information, the system automatically performs the identified services upon connection. For example, when monitored conditions satisfy predefined thresholds, the cloud platform generates alerts and transmits corresponding notifications to the mobile application without requiring additional user input.<br><br>Accordingly, the Accused Products (i) allow users to set preferences that identify at least one service automatically performed between the server and the mobile device when connected, and (ii) recognize the mobile device through received information, as required by the claimed limitation. |

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
|  |  |

18

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
| | Source : https://community.se.com/t5/Gateway-software-installation-and/Installing-the-EcoStruxure-IT-mobile-app/ta-p/447043  Source : https://apps.apple.com/us/app/ecostruxure-it/id1056273610 |

19

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
| | 2.3 You may authorize Your Authorized Users to access Your user account and make use of the Services and the Application comprised therein for Your benefit and only for the purposes described in these Terms & Conditions. You shall be responsible to ensure these Terms & Conditions are made available in a legible manner to each of Your Authorized Users before any of them can log on to the Platform and make use of the Services and the Application comprised therein. You shall be fully responsible for the acts and omissions of Your Authorized Users, including for all activities that are made through the use of Your user account, and their compliance with these Terms & Conditions. You shall bear responsibility for all activities that are made through the use of Your user account and for any resulting harm caused to You, Your Authorized Users, any third-party, the Platform, the Services, the Application and/or Schneider Electric. Schneider Electric will have the right to rely upon any information received from any legal or individual person accessing and/or using Your user account and Schneider Electric will incur no liability arising out of such reliance. <br><br> "**Services**": means the EcoStruxure IT cloud-based services which are described in the Services Description and which comprise the provision by Schneider Electric to the User of the access to the Platform with the right to use the Application hosted therein subject to and in accordance with these Terms & Conditions. <br><br> "**Services Description**": means the cloud-enabled remote monitoring of the Connected Devices that consists in tracking and as the case may be the remote remediation of on-site incidents in such devices or infrastructures' power supply, including through User's defined notification rules, by delivering live monitoring data and sending smart alarms related to the connected devices and/or infrastructures to the Users having downloaded the EcoStruxure IT Mobile Application.  This description is complementary to the functional description of the Services as set forth on the landing pages and drop menus of the Platform giving access to the Services, and as applicable in Statement(s) of Work and/or Service Contract(s) between Schneider Electric and End-Customer, as such page(s), drop menu(s), Statement(s) of Work and Service Contract(s) may be updated from time to time by Schneider Electric or between Schneider Electric and End-Customer. In case of any conflict between the description of the Services stated in these Terms & Conditions on the one hand, and on the other hand the description stated on the Platform and/or, as applicable, in any Statement(s) of Work or Service Contract(s), the description set forth in the latter description shall prevail. |

Case 2:26-cv-00334-JRG-RSP   Document 1-5   Filed 04/23/26   Page 22 of 23 PageID #: 144

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
| | Source : https://ecostruxureit.com/wp-content/uploads/EcoStruxure-IT-BtoB-TC-Cloud-based-Services-20190506-.pdf<br><br>4.7 You are and shall remain solely and fully responsible for the availability, the proper functioning and cyber-security of the internet connection equipment, services and network you use to connect to the Platform and to make use of the Application and the Services.<br><br>"Platform": means the EcoStruxure IT cloud-based platform hosting the Application the access to and the use of which is made available by Schneider Electric as part of the Services in accordance with these Terms & Conditions.<br><br>Source : https://ecostruxureit.com/wp-content/uploads/EcoStruxure-IT-BtoB-TC-Cloud-based-Services-20190506-.pdf |

21

# US Pat. No. 9,008,055 Claim 1

| Claim 1 | Schneider Electric EcoStruxure IT Platform - EcoStruxure IT mobile application |
|---|---|
| | In the EcoStruxure IT app you can see an overview of active and cleared alarms. For devices subscribed to Asset Advisor, you can also see incident status, chat, and history. Alarms that occur on monitored devices are of severity level: critical or warning.<br><br>Alarms with both levels will be shown in the EcoStruxure IT app, but only critical alarms on devices subscribed to Asset Advisor will generate push notifications.<br><br>The alarm severity level is defined either:<br>• On the device itself (e.g. UPS)<br>• In the EcoStruxure IT Gateway<br><br>**Status**<br>The **Alarms** tab in the app displays active and cleared alarms and provides a quick overview of creation date, type of alarm, status and which device the alarm is coming from.<br>Select an alarm to access the device information.<br>Tap **Incidents** to view active and solved incidents for devices subscribed to Asset Advisor.<br>**Alarm notification**<br>You can select to enable or disable alarm notifications to define if you want to be notified of new alarms.<br><br>There are two types of alarm notifications:<br>• **A generic alarm notification**<br>  Alarms are bundled and sent every five minutes.<br><br>• **An instant push notification for critical alarms on devices subscribed to Asset Advisor**<br>  When a critical alarm occurs on a subscribed device, it will automatically create an incident. You can access the incident from the notification or tap **Incidents** in the app.<br><br>Source :    https://community.se.com/t5/EcoStruxure-IT-app/Alarms/ta-p/447120 |

22