# EXHIBIT F

Evidence of Use Chart for U.S. Patent No. RE44,742

# US Pat. No. RE44,742 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Building Operation |
|---|---|
| 1. A method comprising:<br><br>executing an application at a device, wherein message context data including message context data items is associated with the executing application; | "Defendant Schneider Electric ("Schneider" or "Defendant") manufactures, uses (including through testing), sells, offers for sale, and instructs end users to use EcoStruxure Building Operation, EcoStruxure Power Operation, and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing (the "Accused Products"), which comprise software systems deployed on computing devices to monitor, integrate, and control building and energy systems.<br><br>EcoStruxure Building Operation executes software applications on devices, including Enterprise Servers and Field Servers. These executing applications collect and process operational data, including alarms, events, object properties, trend logs, and user data from connected systems. This data constitutes message context data associated with the executing application and is used to generate notification messages."<br><br>**EcoStruxure™ Building Operation Software**<br><u>Building management system software for large buildings</u><br><br>Part of EcoStruxure<br><br>Increase energy and operational efficiency with seamless monitoring, management and control of building systems from one convenient, mobile-enabled control center. ↓ Learn more |

Case 2:26-cv-00334-JRG-RSP    Document 1-6    Filed 04/23/26    Page 3 of 12 PageID #: 148

| Claim 1 | Schneider Electric EcoStruxure Building Operation |
|---|---|
| |  |

2

# US Pat. No. RE44,742 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Building Operation |
|---|---|
| | **Modernize and upgrade BMS software with ease**<br><br>EcoStruxure Building Operation 7.0 software is available with flexible, three-tiered licensing plans. These plans simplify software management, covering all servers, connected devices, and system features to help ensure regulatory compliance and meet cybersecurity needs.<br><br>One centralized license stays with your EcoStruxure Building Operation system for its entire lifecycle. Update with only a few clicks and manage expansions and renewals when and where needed.<br><br>Source : https://www.se.com/us/en/product-range/62111-ecostruxure-building-operation-software/#overview<br><br>**Notifications**<br><br>Notifications are used for notifying users or user groups that a certain alarm or other event, such as a schedule or an application condition, has occurred in the system. The notification contains a prewritten message that can be displayed as a popup message, sent as an email, sent to an SNMP manager, or written to a text file.<br><br>There are two types of notifications:<br><br>• alarm triggered notifications<br>• variable triggered notifications<br><br>Source : https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=6406&locale=en-US&productversion=3.3 |

Case 2:26-cv-00334-JRG-RSP   Document 1-6   Filed 04/23/26   Page 5 of 12 PageID #: 150

| Claim 1 | Schneider Electric EcoStruxure Building Operation |
|---|---|
| | You define the content of a notification report by configuring the following information:<br><br>• Alarms<br>• Events<br>• Groups<br>• Multi Log list<br>• Properties<br>• Trend Log records<br>• Users<br>• Watch View properties<br>• And also Search results<br><br>Source : https://sqa.ecostruxure-building-help.se.com/bms/topics/show.castle?id=11021&locale=en-US&productversion=2024&<br><br>Additional Accused Products include **EcoStruxure Power Operation**. EcoStruxure Power Operation executes software applications on computing devices to monitor and manage electrical distribution systems. These executing applications collect and process operational data, including power events and system conditions, which constitute message context data associated with the executing applications.<br><br>The Accused Products generate notification messages based on this message context data and select one or more messaging technologies, including email and mobile notifications, to transmit the messages to designated users. EcoStruxure Power Operation further selects notification templates that define the structure of the generated messages, where such templates include dynamic fields that are populated with the message context data. |

4

# US Pat. No. RE44,742 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Building Operation |
|---------|---------------------------------------------------|
| |  Source : https://www.se.com/us/en/product-range/65405-ecostruxure-power-operation/ |

# US Pat. No. RE44,742 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Building Operation |
|---|---|
|  | **Notifications**<br><br>Notifications alert specific people in your facility about critical power incidents no matter where they are. Notifications deliver timely alerts of power system events to the mobile phone, email or pager of designated users and helps them quickly identify system abnormalities and take appropriate action.<br><br>Notifications provide:<br><br>• View-based alarm grouping<br>• Basic and custom alarm filtering<br>• Flexible notification schedules<br>• SMS and email notification relay<br>• Primary and Standby Alarm Server synchronization<br>• Maintenance mode<br><br>Source : https://product-help.schneider-electric.com/EcoStruxure/Power-Operation-2024/content/4_configuring/notifications/notifications.htm?TocPath=Configure%7CPower%20Operation%20Runtime%7CNotifications%7C_____0 |

# US Pat. No. RE44,742 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Building Operation |
|---|---|
| | ## Adding a message template<br><br>**TIP**: Review the default message templates; they provide good direction on what type of information you should include in your messages.<br><br>To add a message template:<br><br>1. Select **Notifications Components**.<br><br>2. Select **Templates**.<br><br>3. Select **Add New** to create a new message template, or select ✎ to edit the default message template.<br><br>4. Select **Email** or **SMS** to select a relay method for the message template.<br><br>5. Select the message type you want to create: **Single Notification**, **Flood Start**, or **Flood End**.<br><br>6. In the text entry fields, enter the information you want to include in the message:<br><br>   a. Type any custom information you want to include.<br><br>   b. Right-click anywhere in the text entry fields and then select **Insert > system value** to add system values.<br><br>7. Review the **Preview** section to see an example of your message.<br><br>8. Select **Save**.<br><br>9. (Optional) Repeat these steps for other message templates you want to create.<br><br>Source : https://product-help.schneider-electric.com/EcoStruxure/Power-Operation-2024/content/4_configuring/notifications/addmsgtmplts.htm?TocPath=Configure%7CPower+Operation+Runtime%7CNotifications%7CCreating+Notifications%7CMessage+Templates%7C_____2 |
| selecting a selected message context data item from the message context data associated with the | Defendant's Accused Products select a message context data item from the message context data associated with the executing application.<br><br>For example, when an alarm or event is triggered in EcoStruxure Building Operation, the executing application selects one or more relevant message context data items, including alarm properties such as TriggeredTimestamp, Timestamp, and Type, from available contextual data comprising alarms, events, object properties, trend logs, and |

7

| Claim 1 | Schneider Electric EcoStruxure Building Operation |
|---|---|
| executing application; and | user data. These selected data items correspond to specific contextual information associated with the executing application and are used in generating the message.<br><br>**Alarms Substitution Codes**<br><br>Alarms substitution codes represent the information you want to display when a notification report is triggered. The information is dynamically filled in from the alarms that are included in the notification report.<br><br>| Code | Description |<br>|---|---|<br>| @(TimeStamp) | Writes the time and date when the event was generated. |<br>| @(TriggeredTimestamp) | Writes the time and date of the state transfer from normal state to alarm state. |<br>| @(TYPE) | Writes the record type. |<br><br>Source : https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=7101&locale=en-US&productversion=2024<br><br>**Notification Reports**<br><br>The notification report template text can consist of any printable characters, blank spaces, line feeds, and substitution codes. For more information, see Text Formatting .<br><br>A substitution code for notifications has the form @([property]) where [property] is replaced by one of the alarm properties. For example, you configure a write to file notification that is sent when an alarm is triggered. For notification text, you write "The room became too hot at @(TriggeredTimestamp)". If the alarm is triggered at the time 2015-02-12 13:51:36, the notification file will contain the text: "The room became too hot at 2015-02-12 13:51:36."<br><br>Source : https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=10803&locale=en-US&productversion=2024#section__54281072 |

# US Pat. No. RE44,742 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Building Operation |
|---|---|
| | ## Text Formatting<br><br>You can customize the presentation of decimals, value types, width, and alignment in a notification text or a notification report text.<br><br>In this example, we have an alarm with the source '/Server/Alarm1' with a monitored value of 0.5.<br><br>[@(Source:%-20.20s)] = [/Server/Alarm1    ]        value type is string, at least 20 in width, truncate to 20 characters, left aligned<br>[@(Source:%-10.10s)] = [/Server/Al]               value type is string, at least 10 in width, truncate to 10 characters, left aligned<br>[@(Source:%20.20s)] = [    /Server/Alarm1]      value type is string, at least 20 in width, truncate to 20 characters, right aligned<br>[@(Source:%10.10s)] = [/Server/Al]               value type is string, at least 10 in width, truncate to 10 characters, right aligned<br>[@(Source:%=20.20s)] = [   /Server/Alarm1  ]     value type is string, at least 20 in width, truncate to 20 characters, center aligned<br>[@(Source:%=10.10s)] = [/Server/Al]              value type is string, at least 10 in width, truncate to 10 characters, center aligned<br>[@(Source:%-20s)] = [/Server/Alarm1    ]      value type is string, at least 20 in width, left aligned<br>[@(Source:%-10s)] = [/Server/Alarm1]         value type is string, at least 10 in width, left aligned<br>[@(Source:%20s)] = [    /Server/Alarm1]    value type is string, at least 20 in width, right aligned<br>[@(Source:%=20s)] = [   /Server/Alarm1  ]   value type is string, at least 20 in width, center aligned<br>[@(MonitoredValue:%20.3f)] = [          0.500]   value type is float, at least 20 in width, show 3 decimals, right aligned<br>[@(MonitoredValue:%-20.3f)] = [0.500          ]  value type is float, at least 20 in width, show 3 decimals, left aligned<br>[@(MonitoredValue:%=20.3f)] = [     0.500     ]  value type is float, at least 20 in width, show 3 decimals, center aligned<br><br>*Figure: This alarm has the source '/Server/Alarm1'*<br><br>Source : https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=11231&locale=en-US&productversion=2024 |
| automatically inserting the selected message context data item in a dynamic field of a template to facilitate the creation of a message to send from the device. | Defendant's Accused Products performs the step of automatically inserting the selected message context data item in the dynamic field of a template to facilitate the creation of a message to send from the device.<br><br>In EcoStruxure Building Operation, the system automatically replaces every substitution code in template with the actual live value at the moment the notification is triggered. For example, if the template includes the text "The room became too hot at @(TriggeredTimestamp)," the software will instantly replace the substitution code @(TriggeredTimestamp) with the current value (e.g., "2025-03-25 14:30:15"). This automatic insertion populates the template with real-time system data, which is then delivered through the selected channel from the EcoStruxure software installed on the device. |

9

# US Pat. No. RE44,742 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Building Operation |
|---|---|
| | ## Configuring a Notification Report Template<br><br>You configure a notification report template to get a notification report when an alarm or a variable triggers a notification.<br><br>### To configure a notification report template<br>1. In WorkStation, in the **System Tree** pane, select the notification report template you want to configure.<br>2. In the **Notification Report Template** view, configure the properties: Table: Notification Report Template Properties<br><br><table><tr><th>Property</th><th>Description</th></tr><tr><td>Report data</td><td>Use Report data to add, edit, or remove data type groups to the notification report template.</td></tr><tr><td>+</td><td>**Add** Click to add a report data type to the notification report template.</td></tr><tr><td>✎</td><td>**Edit** Click to edit the properties of the selected report data type.</td></tr><tr><td>🗑</td><td>**Remove** Click to remove the selected report data type.</td></tr><tr><td>Report text</td><td>Enter text to include in the notification report template.</td></tr><tr><td>First day of week</td><td>Select the day to be set as the first day of week.</td></tr><tr><td>Time zone</td><td>Select the time zone for the notification reports.</td></tr></table><br><br>Source : https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=11021&locale=en-US&productversion=3.3<br><br>## Alarms Substitution Codes<br><br>Alarms substitution codes represent the information you want to display when a notification report is triggered. The information is dynamically filled in from the alarms that are included in the notification report. |

10

# US Pat. No. RE44,742 Claim 1

| Claim 1 | Schneider Electric EcoStruxure Building Operation |
|---|---|
|  | <p>| Code | Description |</p><p>| @(TimeStamp) | Writes the time and date when the event was generated. |</p><p>| @(TriggeredTimestamp) | Writes the time and date of the state transfer from normal state to alarm state. |</p><p>| @(TYPE) | Writes the record type. |</p><p>Source : https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=7101&locale=en-US&productversion=2024</p><p>## Notification Reports</p><p>The notification report template text can consist of any printable characters, blank spaces, line feeds, and substitution codes. For more information, see Text Formatting .</p><p>A substitution code for notifications has the form @([property]) where [property] is replaced by one of the alarm properties. For example, you configure a write to file notification that is sent when an alarm is triggered. For notification text, you write "The room became too hot at @(TriggeredTimestamp)". If the alarm is triggered at the time 2015-02-12 13:51:36, the notification file will contain the text: The room became too hot at 2015-02-12 13:51:36.</p><p>Source : https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=10803&locale=en-US&productversion=2024#section__54281072</p> |

11