EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IOT Innovations LLC
_____
Plaintiff

v.                                                         Civ. No. 2:26 cv 00334 JRG RSP
_____

Schneider Electric USA, Inc.
_____
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:   Schneider Electric USA, Inc.
_____

Date Party's answer was originally due:                                          05/22/2026
                                                                                    _____

Date Party's answer is now due (must not exceed 45 days after original due date):   06/22/2026
                                                                                    _____

Date: 05/20/2026               /s/  Kyrie K. Cameron
      _____             _____
                               Full Name: Kyrie K. Cameron
                               State Bar No.: TX24079450
                               Address: 24 Greenway Plaza
                                        Suite 1600
                                        Houston, TX 77046


                               Phone: 713 576 5026
                               Fax: 713 623 4846
                               Email: kcameron@pattersonsheridan.com


**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the _Unopposed Application for Extension of Time to Answer Complaint_ event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)